# FannieMae

## Employee Contribution Review Form

Refer to the Reviewing Manager's Toolkit for detailed instructions on how to complete this form. To access the Success Qualities, click here.

| Employee Information | |
|---|---|
| Employee Name: Maxwell Joseph Kimpson | Employee Number: 08650 |
| Job Title: Contract Consultant | Job Level: Level 4 |
| Division: Controller's Office/Contract and Procurement Services | Cost Center: 004 |
| Reason for Review (place X next to one): | Current Review Period From (Mo./Yr.) to (Mo./Yr.): |
| X  Year-end Review | |
| ☐  Supervisor Change | January 1, 2002 through December 31, 2002 |
| ☐  Performance Improvement Plan | |
| ☐  Promotion | |
| ☐  Transfer | |

### OBJECTIVE 1: Core Competency

- Exhibit proficiency in all phases of the competitive process as measured by issuing two (2) new RFP's in areas not previously supported by CAPS.
- Facilitate the introduction of two (2) diverse businesses to Fannie Mae by the end of the year.
- Participate in conferences, local chapter meetings and events of a professional organization as Measured by attendance at two (2) events/meetings/conferences a year.
- Manage the competitive process to ensure a 10% savings on overall spend volumes in each procurement or commodity area.


EXHIBIT A.

### RESULTS ACHIEVED:

Maxwell delivered contract and procurement services to the ebusiness division and the enterprise group. He created a partnership with his colleagues in ebusiness and a strategic plan for serving them. The strategic plan for ebusiness was to develop tactical interfaces with the customers, to create strategic plan to manage contract workers, and to provide personalized customer service so that each internal and external customer gains a level of confidence and assurance that their needs would be handled in a professionally competent manner. In 2002, Maxwell continued to partner with the ebusiness controller's office to share ideas for improvement and to provide fiscal consistency to the contract, procurement and budgeting processes. Uniquely, he became integrated into the ebusiness team and ebusiness corporate culture.

Maxwell articulated our policies and procedures to the project managers, Directors, Managing Directors, Vice Presidents, and the President of ebusiness. One example of the day-to-day response to the needs of ebusiness customers is the vendor management service he provided to Mike Williams and his direct reports. Maxwell responded to all of the ebusiness technical services and product solutions inquiries that initially may have come to Mike Williams. In responding to inquiries, Maxwell correlated and compiled vendor information and made presentations to senior management in executive Issuance Window for the Treasurer's Office. This is an example of how he has added value to the ebusiness division and the Corporation as a whole.

Because of his business acumen and the partnership he has created with the ebusiness management, Maxwell was able to advise senior management of ebusiness of a bankruptcy situation with Tisani, a technology vendor. The action his took in providing bankruptcy information lead to transitioning to a new vendor, and mitigated risk to Fannie Mae. He continuously monitors ebusiness vendors to ensure they are meeting our business needs. This is evident in his actions when he took an identical position of vendor monitoring in 2001 with the transition

of MarchFirst to Tisani and again in 2002 with the transition of Tisani to CDG Solutions. Maxwell has the ability to analyze opportunities and problems from a broad perspective and anticipate and plan for reactions and solutions. Additionally, he has the ability to visualize what might or could be, as well as day-to-day tactical approaches to issues and challenges.

Maxwell worked on two Requests For Proposals (RFPs): the Turnkey Project for the Dedicated Channel and the Issuance Window for the Treasurer's Office. He added value to the process by reducing cost from market to obtain preferred customer discounts. An example of documented cost savings can be found in the work performed on the Motive licenses. Over the life of this contract, Maxwell was able to save Fannie Mae approximately $300K.

Maxwell introduced three minority vendors to the Fannie Mae environment: Avantia, ComputerHelp, and Parallel, all technology products and services vendors. He has assisted top managers in complex contract negotiations which has lead to specific cost savings for Fannie Mae, eBusiness and ESO.

During this review period, Maxwell has demonstrated his ability to work on multiple projects for his customers and provide consulting expertise based on his knowledge and skills. During 2002, his workload has been heavy at time and he anticipates and adapts his own tactics to support his customers. The reason he has been able to meet the needs of his customer is because he organizes, plans and prioritizing his work products and projects.

Maxwell attended several professional conferences (the Black MBA Association National Conference, NCMA training meetings, CAUCUS 4th Quarter Meeting, and the Minority Supplier Development Conference.

| | | | | |
|---|---|---|---|---|
| • Indicate how well the Success Qualities were demonstrated relative to this objective by using the appropriate mark below:<br>"+" -- strongly demonstrated<br>"x" -- adequately demonstrated<br>"--" -- needs development<br>• Leave blank the Success Qualities that are not applicable. | X | Teamwork and Valuing Others | + | Delivering Results |
| | + | Intellectual Honesty and Integrity | + | Customer Focus |
| | X | Critical Thinking | x | Interpersonal and Influencing Skills |
| | x | Accelerating Change | x | Project Management |
| | | Managing Performance | | Motivating and Energizing Others |
| | | | | Developing People |

For Success Qualities marked "-", explain what development is needed.

| Rating for Objective 1: | FEE | CEE XX | ME | PME | DNM |
|---|---|---|---|---|---|

**OBJECTIVE 2: Operational Excellence**

- Execute day-to-day job responsibilities with accuracy and timeliness as measured by the completion and execution of routine transactions in accordance with customer timelines, or prior to the expiration date of the agreement.
- Respond to all inquiries within eight (8) business hours.
- Ensure adherence to Fannie Mae's Corporate and Procurement Policies as measured by periodic reviews of policies and procedures.
- Maintain professionalism with internal and external customers, management and peers as measured by mid and end-of-year feedback.

**RESULTS ACHIEVED:**

Maxwell consistently develops and recommends new and innovative approaches to managing ebusiness contractors and contracts. In 2001, he initiated the creation of a report in response to the needs of ebusiness

MK 006

management and the controller's office. This report lists all the individual contractors in ebusiness and ESO who are entered in our time tracker system. The creation of this report was a collaborative effort by CAPS, the controller's office and the Peoplesoft specialists. This tool allows Maxwell to manage and monitor contract services, expenses, and budget. Maxwell continues to use this tool in 2002.

Maxwell makes recommendations on how the contract and procurement process can be improved. For example, he recommended that CAPS combine our Peoplesoft databases with the controller's office and accounts payable so that our interaction and communication is more consistent. He continuously updates management on day-to-day activities and hot items. As business conditions changed from 2001 to 2002, he provided feedback and recommendations on system enhancements.

Maxwell is always responsive to the needs of his internal customers, and he maintains a high level of professionalism with customers, peers and subordinates and management.

| | | | | |
|---|---|---|---|---|
| • Indicate how well the Success Qualities were demonstrated relative to this objective by using the appropriate mark below:<br>"+" -- strongly demonstrated<br>"x" -- adequately demonstrated<br>"–" -- needs development<br>• Leave blank the Success Qualities that are not applicable. | + | Teamwork and Valuing Others | + | Delivering Results |
| | X | Intellectual Honesty and Integrity | + | Customer Focus |
| | x | Critical Thinking | X | Interpersonal and Influencing Skills |
| | X | Accelerating Change | | Project Management |
| | | Managing Performance | | Motivating and Energizing Others |
| | | | | Developing People |

For Success Qualities marked "-", explain what development is needed.

| Rating for Objective 2: | FEE | CEE XX | ME | PME | DNM |
|---|---|---|---|---|---|

**OBJECTIVE 3:**

- Develop and maintain a depth and breadth of relationships with key individuals and customers as measured by weekly interactions with customers.
- Demonstrate responsiveness to customer needs and concerns as measured by mid and end-of-year feedback from customers.
- Educate yourself on customers' business to anticipate and meet their needs as measured by early involvement in customers' strategic initiatives.

**RESULTS ACHIEVED: Customer Relationship Management**

Maxwell has been able to cultivate very good relationships with his customers. He creates an environment of trust and mutual respect among the ebusiness management and staff that resulted in ebusiness involving CAPS in every aspect of the ebusiness process. Because he is co-located with his customers, he is able to provide real time service to meet their needs. He educates his customers of the need for CAPS's and/or Legal's involvement in the contract and procurement life cycle process. He also works well with his counterparts in Legal. These relationships have enhanced his ability to work effectively and efficiently with limited overlap and full coverage. He also provides consistent communicates with his customers.

In 2001, Maxwell negotiated contracts for eRegistration, eMarketing and the Minority Brokers Initiative. In 2002, he completed the work of implementing professional services for these and other major contract initiatives. This relationship building interface has allowed him to become an intregral part of the ebusiness team.

Feedback back from his colleagues on the ebusiness team has been extremely positive in working to build partnerships and relationships with customers, vendors and the ebusiness staff including the management team.

| | | | | | |
|---|---|---|---|---|---|
| • Indicate how well the Success Qualities were demonstrated relative to this objective by using the appropriate mark below:<br>    "+" -- strongly demonstrated<br>    "x" -- adequately demonstrated<br>    "−" -- needs development<br>• Leave blank the Success Qualities that are not applicable. | + | Teamwork and Valuing Others | + | Delivering Results | |
| | X | Intellectual Honesty and Integrity | + | Customer Focus | |
| | x | Critical Thinking | X | Interpersonal and Influencing Skills | |
| | X | Accelerating Change | x | Project Management | |
| | | Managing Performance | | Motivating and Energizing Others | |
| | | | | Developing People | |

For Success Qualities marked "-", explain what development is needed.

| Rating for Objective 3: | FEE | CEE  XX | ME | PME | DNM |
|---|---|---|---|---|---|

**OBJECTIVE 4: Process Management and Automation**

- Consistently execute internal processes using the Weekly Staff Forum as the training vehicle as measured by management assessment.
- Ensure that all required data is entered into the appropriate procurement system.

**RESULTS ACHIEVED:**

By physically being located within the eBusiness organization, Max has been able to demonstrate the value that CAPS can add to the ebusiness organization. He manages the competitive process through vendor management and utilization of the preferred vendors' list.

Max utilizes the processes he developed in 2001 to facilitate workflow and make recommendations to management for improvement. He has continuously made recommendations to management with respect to improving the workflows.

Max has mastered the use of PeopleSoft and he is able to navigate through the system with ease and comfort. He ensures that all relevant data is entered into Peoplesoft.

| | | | | | |
|---|---|---|---|---|---|
| • Indicate how well the Success Qualities were demonstrated relative to this objective by using the appropriate mark below:<br>    "+" -- strongly demonstrated<br>    "x" -- adequately demonstrated<br>    "−" -- needs development<br>• Leave blank the Success Qualities that are not applicable. | x | Teamwork and Valuing Others | + | Delivering Results | |
| | x | Intellectual Honesty and Integrity | + | Customer Focus | |
| | x | Critical Thinking | x | Interpersonal and Influencing Skills | |
| | x | Accelerating Change | | Project Management | |
| | | Managing Performance | | Motivating and Energizing Others | |
| | | | | Developing People | |

For Success Qualities marked "-", explain what development is needed.

| Rating for Objective 4: | FEE | CEE  XX | ME | PME | DNM |
|---|---|---|---|---|---|

MK 008

**OBJECTIVE 5: Teamwork**

- Offer support and assistance to team members as measured by feedback from team members.
- Seek opportunities to be a member of a team or team leader as measured by participation on one (1) team as a member and one (1) as a team leader.
- Respect team members and keep commitments and promises as measured by observation and feedback.
- Demonstrate a constructive and positive attitude as measured by observation and feedback.
- Improve internal processes as measured by active participation on process improvement teams.

**RESULTS ACHIEVED:**

Max has worked to create a new paradigm of customer service and responsiveness in eBusiness. He has gone beyond the traditional role and included assistance that will enhance CAPS ability to serve the customer.

He has successfully demonstrated the benefits of being co-located with his customers in ebusiness. He has kept his supervisor fully apprised of the important changes in the eBusiness arena.

During a relatively long period of time in 2002, Max was the central focus on technology acquisition. He was able to step up to the plate and focus emphasis on processing the majority of technology requisitions. During the middle of the year, Max acted as the team lead as we began to replace staff member in the technology area. He worked with his peers to provide information about the process of procuring technology goods and service.

Max has received good feedback from his customers. As we move into 2003 and beyond, he should work with his peers in CAPS to ensure that he is not perceived as distancing himself from the CAPS organization because of being co-located with his customers. While co-location offers many benefits from the customer viewpoint, it can offer some real challenges with his team members.

Max has received rewards from the CAPS organization and from his customers in ebusiness.

| | | | | |
|---|---|---|---|---|
| • Indicate how well the Success Qualities were demonstrated relative to this objective by using the appropriate mark below:<br>"+" -- strongly demonstrated<br>"x" -- adequately demonstrated<br>"--" -- needs development<br>• Leave blank the Success Qualities that are not applicable. | X | Teamwork and Valuing Others | + | Delivering Results |
| | x | Intellectual Honesty and Integrity | + | Customer Focus |
| | x | Critical Thinking | x | Interpersonal and Influencing Skills |
| | - | Accelerating Change | | Project Management |
| | | Managing Performance | | Motivating and Energizing Others |
| | | | | Developing People |

For Success Qualities marked "-", explain what development is needed.

| Rating for Objective 5: | FEE | CEE  XX | ME | PME | DNM |
|---|---|---|---|---|---|

**Other accomplishments (Optional)**
Accomplishment(s) may focus on the achievement of a business result outside of the established objectives and/or the use of the Success Qualities.

Max has made a significant contribution to the CAPS organization during this review period. His contribution was noted during the middle of the year when his supervisor terminated Fannie Mae. Max stepped in and took on a tremendous amount of work processing requisitions. This performance review is highlighting his contribution in that area. He is the only staff member who is co-located with his customer and he works to ensure that this relationship is maximized through customer focus and delivering results.

MK 009

### Suggestions For Development
Please provide suggestions for improving performance that will inform the development planning process.

The CAPS organization has gone through tremendous change and transition in 2002 – a new leader, a new direction and upgraded skills and competencies for the staff. Max should continue to improve his skills, knowledge and competencies to help the organization become experts in contracts and procurement. Because the organization has several new staff members, the management team is looking to Max to help transition the newer members of the staff and help to reposition the organization with internal customers. This will be a critical role for Max as we move into 2003. He should continuously strive to get better and better with focus on mastery of this discipline.

Max should continue to focus attention on his business writing skills and he should become more in tune with his overall developmental needs. Everyone needs development. He would benefit greatly by assessing and internalizing the skills and competencies that he could strengthen to become a more valued member of the CAPS team.

### Overall Performance Summary
Summarize and highlight performance against objectives and strengths and weaknesses in demonstrating the Success Qualities.

Max is a highly valued member of the CAPS team and has made a significant contribution to the organization. He has a very positive attitude and is always willing to take on more responsibility for the good of the organization. He consistently performs his job and he attains high quality results. He goes above and beyond basic requirements and often exceeds objectives.

### Overall Ratings
Review each objective's rating, considers the relative importance of each objective, and determine an overall rating for Results. Next, review the list of Success Qualities, consider how well the employee demonstrated the Success Qualities in achieving their objectives, and determine an overall rating for Success Qualities. Finally, consider equally the Results rating and the Success Qualities rating in determining the combined Overall Rating.

**OVERALL RESULTS RATING:** __CEE__      **OVERALL SUCCESS QUALITIES RATING:** __CEE__

**COMBINED OVERALL RATING:** ___CEE___

### Employee Comments
This section is optional should an employee want to provide further comments.

N/A.

### Year-end "Straight Talk" Discussion
Complete the straight talk discussion. Ensure that both the employee and the manager have signed below.

**Tips for the Straight Talk:**
- Have a candid, open, and honest conversation.
- Treat each other with professional respect.
- Devote full and complete attention to the discussion.
- Ask questions to ensure understanding of each other's point of view.
- Remain open to suggestions for improvement.

**Employee ask your manager:**
- ☑ How am I doing in my job?
- ☑ How did you determine my performance ratings?
- ☑ What do I need to do to improve my performance ratings?
- ☑ What feedback have you received about my performance from colleagues or others?
- ☑ Are there any interpersonal issues I need to work on vis a vis you or my colleagues?

MK 010

| Manager ask your employee: *could do more* | |
|---|---|
| ☒ Do you feel fully utilized in your current position? | |
| ☒ What can I do to help ensure that your skills and knowledge are fully utilized? *continue to provide opport.* | |
| ☒ As your manager, what are the things that you want me to keep doing to help you and our team succeed? *utilize skills & competencies* | |
| ☒ As your manager, what are the things you want me to stop doing? | |
| ☒ Overall, how can we work more effectively together? *Increase communications* | |
| ☒ Am I giving you enough feedback on your work performance? If not, how can I improve in this area? *yes* | |
| ☒ Are you getting enough of my time? | |
| ☒ Are you getting enough information to do your job as effectively as possible? *yes* | |
| ☒ Are there any interpersonal issues I need to work on vis a vis you or my colleagues? | |
| ☐ Do you feel you have been treated fairly in the performance ratings? *yes* | |

### Mid-Year Discussion

| Date of Mid-year "Straight Talk" Discussion: 7/15/02 | |
|---|---|
| Immediate Supervisor Initials: *[initials]* | Employee Initials: *MGH* |

### Year-End Contribution Review Signatures

| Immediate Supervisor Name (Please Print): Mia Cole | Title: Director |
|---|---|
| Immediate Supervisor Signature: *Mia* | Date: 3/12/03 |
| Next-Level Supervisor Name (Please Print): Anne Stilwell | Title: Director |
| Next-Level Supervisor Signature: *[signature]* | Date: 3/12/03 |

### Employee Acknowledgement

I have reviewed this document and discussed the contents with my manager. By signing, I indicate that I have been advised of my performance status. My signature does not, however, necessarily imply that I agree with the evaluation.

| Employee Signature: *[signature]* | Date: 3/17/03 |
|---|---|

MK 011