**Subject: New Role and Responsibilities**
**Date:** Mon, 10 Mar 2003 11:50:38 -0500
**From:** Maxwell J Kimpson <maxwell_j_kimpson@fanniemae.com>
**Organization:** Fannie Mae
**To:** Marge Lopez <marge_lopez@fanniemae.com>; Anne Stilwell <anne_stilwell@fanniemae.com>

Marge and Anne:

Over the weekend, I began to absorb and process my new role and the responsibilities that will go along with it. I have formulated a few areas that need to be addressed. I feel that it is important that these are are addressed before we move forward:

1. My Old Role in ebusiness - The role as the ebusiness consultant and interface is a critical full time role. Are there plans to transition this role to someone else? It is critical that we have someone in constant interface and communication with ebusiness management and the ebusiness Controller's office. I believe Danner, Kelvin, Deborah, or Joe Lee all have the capability to fulfill this role. Considering the time necessary, I believe you will need someone who can place an emphasis on ebusiness, and considering my new role I am not sure that I can fulfill both positions.

2. Communications Strategy and Plan - I would like an opportunity to develop a communications strategy for IT Professional Services and Consulting Services. Once management has signed off on this IT Staffing Project and my focus is directed in this space, we will need a clear and comprehensive strategy to communicate with our internal customers, our external vendors, our colleagues in the Controller's office, and senior management (FM Corporate). Who have we communicated with at this point? Who do we still need to reach?

3. Process Flow and Process Management Changes - Based on the feedback that I have received from our internal customers and external vendors, we need to make extensive changes in our process. The first step is to ensure that the communication plan is implemented. For example, we need to give the hiring managers of these contractors clear parameters and time frames for the processing of contractors. We need to have meeting with customers, budget Controller's and A/P controller's believe it is important to involve all of these group to create a successful process, and fix the gap in the fulfillment of these contracts and work orders. Are all the vendors we now work with approved vendors? Do they all require work orders or are they exempt from completing work orders as they were with the Approved Vendors List?

4. Signature Authority - Will authority for signing POs for IT contractors be considered cumulative (authority for the cumulative total) or is each action separate (authority for each action is incremental/separate)? Some of these POs are over $1,000,000 and will require Chris Cahn's signature if we consider this on a cumulative basis. I am unclear with what our current policy is.

5. Start My New Role - When will I officially start my new role? I understand that you are still presenting this to upper management. I need to delicately communicate this new role to my customers and work on transitioning my ebusiness work and role to someone else.

These are my initial thoughts on defining and forming my new role. To continue to deliver services in a high quality and a timely manner, we need to initiate changes in roles, communication and process.

Please let me know when you are available to meet and discuss how we can move forward.

Max



MK 012

EXHIBIT

B.

3/24/2003 6:06 PM

f 2