**Subject:** Process Issue
**Date:** Mon, 24 Mar 2003 16:52:19 -0500
**From:** Maxwell J Kimpson <maxwell_j_kimpson@fanniemae.com>
**Organization:** Fannie Mae
**To:** Kevin F Perry <kevin_f_perry@fanniemae.com>
Anne Stilwell <anne_stilwell@fanniemae.com>; Marge Lopez <marge_lopez@fanniemae.com>

Kevin, Anne, & Mia:

I have a concern about the process by which the requisitions come to us.  I especially due to the volume of requisitions that are sent my way have a concern about requisitions that are in the system and are assigned to a Buyer, but the Buyer has not seen any of the paperwork.  An example of this is Requisition #3778444009 which has been entered in the system and assigned to me; however, I have not seen the paperwork since I placed in the CRM box.  The customers is calling  and emailing me and I have no answers for them.  I am being held accountable for something that is out of my hands.

I understand that we are working on a paper less solution, but I feel strongly that we may need an interim solution to these gaps so that we can better communicate and meet the needs of our customers.

Max

---

Maxwell J Kimpson <maxwell_j_kimpson@fanniemae.com>
ebusiness Contract Consultant
Fannie Mae
Contract and Procurement Services