**Subject:** Mid Year Rewiew - Maxwell Kimpson
**Date:** Wed, 30 Jul 2003 08:56:32 -0400
**From:** Maxwell J Kimpson <maxwell_j_kimpson@fanniemae.com>
**Organization:** Fannie Mae
**To:** Marge Lopez <marge_lopez@fanniemae.com>, Anne Stilwell <anne_stilwell@fanniemae.com>
**CC:** Christine N Cahn <christine_n_cahn@fanniemae.com>

Marge and Anne:

After my mid-year performance discussion, I have a few concerns that require your attention as we move forward through the year. As my responsibilities have been enlarged, I acknowledge and appreciate the confidence that you have shown in me by promoting me to a Level Five; however, I feel that I am now placed in an untenable position with responsibilities for IT Staff Augmentation Contractor (Request Production), IT Staffing Strategic Planning & Execution, and primary coordination for all ebusiness requests. The sheer volume of production within this space makes it difficult to strategically execute. I am concerned that the timeline and dates were not realistically conceived. These dates were set prior to the assignment of a commodity manager. I feel that that the manager should have the opportunity to re-evaluate timelines especially since there are many factors that are outside of our control that are in play (for example, ebusiness' unwillingness to provide the contractor data for their contractors).

With respect to your position on career and professional development, I have several thoughts. Verbally, I have been told that I should prioritize the Strategic Planning and Implementation of the IT Staffing Initiative over the workload production (the operational side) and my responsibilities for ebusiness; however, little has been done to ensure that operations will be performed with my constant attention. I am extremely concerned that my industry specific and professional development training and conferences have been denied. Even Senior Executives within Fannie Mae have training and coaching so that they will continue to grow and enhance their skill set. I have been focused on production for the past few years based on the needs of the organization. I feel a more balanced approach is called for. At midyear, I have been assigned one goal that is exclusively geared towards IT Staff Augmentation Implementation and Execution. I have suggested a more balanced set of goals that would include teamwork and professional/career development.

Please consider the fact that each Contracts staff employee brings a unique set of skills to the workplace with varying levels of experience. Personally, I have 13 years of contracts experience in the public and the private sectors. I also have an advanced degree (MBA in Real Estate/Finance). My MBA curriculum covered in detail the training classes that have presented to the staff through our forums. With my background, I need a more challenging curriculum. I feel as though my development may be hindered by these barriers and limitations on training opportunities..

I understand that management has developed a competency matrix. I am concerned about how this tool will be used (if not for performance evaluation). With more than half of the year gone, I am concerned that much of your attention is focused on this competency matrix rather than utilizing the tools provided by the Leadership Development Team and Human Resources.

**EXHIBIT D.**

MK 015

2    8/12/2003 9:11 AM

Finally, I am disturbed by the frequency of meetings that have taken place both internally and externally with little notice or as "after the fact" discussions. My concern is that I am being asked to manage a space, but I have not been empowered with "first hand" information. At staff meetings held by business managers, the IT Staffing program elements are presented to the entire staff, yet I am expected to execute a plan based on "second hand" information. I am hopeful that the communication in this area will improve.

I look forward to your response to these concerns.

Max

Maxwell J Kimpson <maxwell_j_kimpson@fanniemae.com>
Senior Commodity Manager - IT Staffing
Fannie Mae
Contract and Procurement Services