

3900 Wisconsin Avenue, NW
Washington, DC 20016-2892
phone 202 752 7000

DATE:     March 11, 2004

TO:       Christine Cahn, Vice President

FROM:     Maxwell Kimpson

SUBJECT:  *Response to Marge Lopez's Coaching Memorandum*

The purpose of this memorandum is to clarify statements that have been presented to me and to initiate a constructive dialogue that will enhance our common goals for the advancement of Contract and Procurement Services (CAPS), the Controller's Office, Finance, and Fannie Mae, in general. I have drafted a specific response to the Coaching Memorandum that was presented to me by Marge Lopez on Thursday, March 4, 2004.

## Response to the Coaching Memorandum written by Marge Lopez

### Response to Marge Lopez's Introductory Points

1. <u>Transition from Exclusively Supporting ebusiness to my new Role as IT Staff Augmentation Commodity Manager.</u>
   After being promoted to a Level 5, Anne Stilwell and Marge Lopez asked me to assume two roles. My primary role is to develop and manage the IT Staffing space as a Commodity Manager. This was a new role for me and this concept also broke new ground at Fannie Mae. I embraced this challenge of leading this initiative. My secondary role was to remain customer-focused as the liaison from the Contracts group to the ebusiness group. I was asked to play a role in maintaining those relationships and assisting ebusiness in procuring goods and services. My familiarity with ebusiness stems from the fact that I exclusively supported this group for one year. Marge Lopez's comments state that I should "let your teammates and management manage new requirements". I continue to perform this role today and when gaps exist and my teammates and management have both met the needs of the customer, then I have stepped forward to fill the gaps. I ask that you to speak with my colleagues in ebusiness to assess the value that I provided during the period. From the budget area through the business units, I have facilitated our work.

2. <u>Focus on Strategic Plans instead of the Day-to-Day Tactical Work.</u>
   Marge Lopez and Anne Stilwell have both directed me to change my focus on the day-to-day work. My question has been, if I am not going to perform the day-to-day

EXHIBIT
tabbies
E.

MK 034

operations and tactical work in this space, then who will? As we know, this area has a very high volume, which requires "high tough" management. As was evident at the end of the year, high volumes can create a significant backlog. How can I monitor rates and enforce the implementation of the rate card without looking at the daily requirements and requests that come in? I am in favor of moving my focus toward more strategic things, but the only resource that was available during this period was Ms. Virginia Hughes. Ms. Virginia Hughes does an outstanding job, but the volume is greater than the two of us can manage.

As it relates to Peoplesoft and much of knowledge required to perform these tasks, CAPS management does not have the skills or the inclination to "roll up their selves" and execute these tasks. No current member of the management team is proficient in Peoplesoft, which is the financial tool that we promote. Simple tasks and queries that I run on a regular basis, our management simply has not taken the opportunity to learn. Therefore, there is a knowledge gap and lack of understanding in what it takes and how long it may take to complete certain tasks. These are all points that I have raised and documented with CAPS management; however, my concerns and requests have been ignored. Only recently has this area been given more focus. Ms. Virginia Hughes was allowed to focus on this area and no longer has to support 5 other Buyers that had other priorities. Tom Hyde has also provided some visibility to this area through his work with sPro.

3. <u>Goals and Objectives.</u>
With respect to my Goals and Objectives, one of the reasons that I raised concerns in July 2003 stemmed from the fact that I was not provided with clear direction. I did not have Goals and Objectives. Management simply failed to define my role clearly. It was only through my prompting and diligence that I was able to clarify this. Please also recognize that throughout 2003, I reported directly to Anne Stilwell, Mia Cole, Marge Lopez, and now Rosanne Martin-Edler. Through this rotation of managers, I took the lead to ensure that clearly defined goals were developed in July and August 2003.

<u>Specific Responses to Marge Lopez's Concerns</u>

1. <u>Working with Minimal Supervision.</u>
   In response to Marge Lopez's example concerning the execution and calculation of cost savings produced by the Rate Card, I spent a considerable amount of time developing a logical framework that would support the annualized cost savings that were reported for both the new and the incumbent IT contractors. I find it curious that this was omitted from Marge Lopez's comments. Concerning the incumbent contractors specifically, I was instructed to focus my efforts on calculating the cost savings for the new contractors. I went forward and met with all of the internal customers (Directors and Vice Presidents) that we could arrange meetings (some with Marge Lopez in attendance and some without Marge Lopez) with.

MK 035

Using the logic that I developed, I ascertained how each contractor was classified based his or her sensitivity to our business. After all of the dispositions (approximately 250 contractor dispositions) were obtained from the business unit, Marge Lopez stated that she would personally conduct the first 10-12 negotiations with vendors. The remaining communication was left for me. I communicated to the remaining vendor (approximately 20 via email and direct telephone conversations). As you can see, I am committed to ensure that this space is well managed. I take issue with the assertion that management performed the "bulk" of the work. Again, I ask that you to speak with the directors and vendors who were impacted. They can provide you an unbiased opinion.

2. <u>Meeting Deadlines.</u>
Throughout my career, I have taken pride in meeting and exceeding the expectations set for me. This statement makes me feel as though I am being punished for being flexible and attempting to reach "stretched" and often unrealistic goals. First, let me address this example that Marge Lopez has noted. In the data-gathering role that I played in compiling all of the information regarding the disposition of all of our existing contractors, I needed certain disposition information from Becky Lewis (our customer). Due to this customer's workload, Ms. Lewis provided to us dispositions a few months after I initially made the request. After carefully reviewing the data, I informed Marge Lopez and Anne Stilwell that the Customer Service Representatives that Becky Lewis managed require no action on our part. I recommended that we keep our focus on the more significant discrepancies that exists. I am not sure if Anne and Marge did not read my emails or hear my suggestions, but there is no action necessary. I am disappointed by Marge's comments. In fact, I have done everything in my power to attempt to clarify management's expectations and meet deadlines. I consistently have worked long hours without any acknowledgement from CAPS management. Chris Chan, you have come by and acknowledged the late night crew, and we appreciate it.

3. <u>The Role of a Level 5.</u> As a Commodity Manager in a new area, I started from scratch and developed templates, formulated plans, and produced calculations that were never used before. Management provided me with very few tools this past year so all the calculations and logic plans that I developed were done so with few reference points. There was not an organization that successfully implemented this so that I could benchmark against them. Neither Anne Stilwell nor Marge Lopez provided me with the schema to execute this project. Regardless, this project has been successful.

I believe if we review the Goals and Objectives, which is my reference point, you will agree that I have met or exceeded the Goals that have been set before me. I work well independently and within a logical structure and framework; however, no one (including myself) works at an optimum level if they are constantly being second-guessed and not empowered within their space. From my first day here as an intern in 1999, I have developed a reputation and a track record, my reviews have been

3

consistently positive; however, the tune and the content of this memorandum is not a true and honest representation of Maxwell Kimpson.

4. **Critical Thinking.**
   Of all the concerns mentioned, this last point is the most disturbing to me. I have never been challenged on my ability to think and reason. Maybe Marge Lopez intended to challenge the way I think because it may be different from her thought process. Diversity and different viewpoints generate better products and avoid the "Group Think" mentality. In fact, I have been told by my management not to think but to simply follow the direction provided by management. This approach is a dangerous one for many reasons. One of the major reasons is intellectual honesty. One recent example, I noted that management was not following GAAP procedures and basic accounting rules concerning authorization of funding and our separation in that process. I was reprimanded for bringing that to the forefront. This is just one example of the treatment of the rules. As I survey the CAPS management team, they all have expensive years of experience, but none have a basic business of accounting background. This is something that appears to be a gap in knowledge and education.

   Generally, my approach is to communicate directly with my managers and work through our challenges and miscommunication; however, the tone and content of this letter is such that I felt that these false statements must be immediately addressed. In addition, I lead and contributed to several major initiatives related to IT Staffing space including the IT Staffing Vendor Fair and the Quarterly Reviews with the Top 14 IT Vendors. This information was not presented or mentioned within the text of this Coaching Memorandum. I am prepared to have an open and honest dialogue. I anticipate and welcome discussion on our next steps.

MK 037