**MEMORANDUM**

Date:       May 17, 2004

To:         **Christine N. Cahn, Vice President**
            **Procurement and Financial Management**

From:       **Maxwell J. Kimpson**

SUBJECT:    **2003 Contribution Review**

The purpose of this memorandum is to present facts about the work that I performed in 2003. After reading and discussing my 2003 Contribution Review, I noted statements that were inaccurate. I would like to take this opportunity to the present the facts as documented through the normal process flow of information through the Contracts and Procurement Organization. Also, I have completed the first iteration of my 2004 Goals and Objectives. As I strive to hit the mark that will be established, I have some concerns that have not been addressed. I will outline these concerns so that we can move forward through 2004 with clarity of purpose. My hope is that after reviewing this memorandum and its supporting documentation, it will be clear to you the contribution that I have provided to the organization.

*Fact #1* – Objective 1 of the Contribution Review was an objective that was not established by management prior to March 2004. Attached, please find the Self Assessment that I prepared for the 2003 performance review. It was never communicated to me that my objectives had changed until I received the 2003 Contribution Review.

*Fact # 2* – Given the new Objective 1, I would like to address the information presented on the projects and contracts that are mentioned as achievements. The list of project is not accurate. Desknet was a project that never went forward. In consultation with the eMarketing business unit, a decision was made not to proceed. No transactions were processed for this vendor. The ConfigureSoft license was rejected in favor of a more competitive bid from Touchnet. This product assists Patrick Wray and his group to automate a batch process of credit card processing. No transactions were processed for ConfigureSoft.

*Fact # 3* – In reading through Objective #2, the Contribution Review stated that I monitored compliance "sparingly". Contrary to this statement, I developed a spreadsheet used to monitor each requisition and request that was received. Items that were related to Contractor Tracker and other items outside of the systems were all tracked using the workflow spreadsheet that I developed. After I established the systematic approach and

1

**EXHIBIT**
___F.___

MK 038

perfected that spreadsheet, I provided it to the technicians so that it would be maintained. This workflow spreadsheet was maintained through November 29, 2003. I was told that we would transition to sPro and from this point forward (12/1/03), we would utilize the Comprehensive query that I worked to develop with the Contractor Tracker developers. Documentation of both of the reports that were used to track activity and compliance are attached.

*Fact # 4* – With respect to meeting deadlines, the examples are not accurate. My delivery of disposition information to management is dependent of receiving information from the business units. Some of the business units refused to provide information (ebusiness) or simply chose to prioritize the act of gathering this information lower than we would have preferred. All information on dispositions was immediately communicated to management. Specifically, with respect to Becky Lewis' dispositions, I informed management when we received Ms. Lewis' response, that no action was required on her contractors. No action was required because the Customer Service Representatives that she managed were either within our tolerance or would soon be renewed or their term of service would soon end. Attached please find Becky Lewis' response to my inquiry.

With respect to the IT Staffing Metrics, I provided management with a draft spreadsheet on time. I subsequently provided several iterations to management in an effort to include new metrics that were provided by management. I simply responded to management's change in direction.

*Fact # 5* - With respect to my receiving training in Vendor Management, I presented several training opportunities to management that were specific to Vendor Management and IT Staffing. All of my requests for training were denied. The rationale given was that I needed to concentrate on the work at hand and hold off on training until next year. Attached, please find some of the seminars and training opportunities that were presented to management.

*Fact # 6* - With respect to the other Contractor Dispositions, Marge Lopez directed me to focus on the new Contractors while she was to focus on the existing on-board population of Contractors. This division of labor was agreed upon and Marge Lopez and I came together to generate the Cost Savings report based on the logic and methodology that I outlined on how we would categorize contractors. The statement, I failed to deliver information about the on-boards, is inaccurate in accordance with our agreement on the division of labor. My responsibility was to provide information about the new Contractors. Please see attached documentation.

*Fact # 7* - I have received direction from three managers (two directors and one manager) with different priorities and different objectives. I am having a difficult time reconciling these different priorities because of the time element required and lack of communication amongst CAPS Management.

MK 039

Other documentation that was provided throughout the year has been attached as documentation. The documents are entitled Accomplishments and Production for the IT Staff Augmentation Initiative and the Self-Assessment 2003.

Considering the gross inaccuracies, I request that you correct the record. Throughout my career at Fannie Mae my performance appraisals have consistently reflected the value that I bring to Fannie Mae. I am confident that based on this memorandum and its supporting documents, you will modify the Contribution review and revise the text and rating to reflect my true contribution to Fannie Mae.

Attachments

MK 040