# Maxwell J. Kimpson
302 Redland Boulevard
Rockville, Maryland 20850

---

December 18, 2004

Congressman James E. Clyburn
United States House of Representatives
2135 Rayburn House Office Building
Washington, DC  20515

**Subject:**            **Retribution for Raising Concerns about Non Standard Accounting and Record Keeping Practices at Fannie Mae**

Dear Congressman Clyburn:

I am writing this letter to you asking that you would intervene on my behalf to stop a wrongful process that has been initiated by the management in Fannie Mae's Controller's Office. Currently, I work as a Senior Contract Specialist in the Contract and Procurement Services Department of the Controller's Office of Fannie Mae. I manage contracts that sum to more than $100 Million. Over the past year and a half, I have raised concerns about the use of non-standard accounting practices, polices, and procedures. I have also brought to the forefront issues of fairness and equity. After consistently observing disparate treatment of my colleagues, I expressed my concerns to my management team headed by Anne Stilwell. Ms. Stilwell dismissed my concerns and continued business as usual. As I continued to see a pattern of abuse, I sought to meet with my Vice President, Chris Cahn. Ms. Cahn encouraged me to continue bringing these issues to the table. Ms. Cahn assured me that she would look into these practices. I also expressed my concern that the management team was being led by a group that lacked the necessary credentials and background to fulfill our mission. After these meetings, I was then told that my performance was deficient. This came as a shock to me since I had just been promoted to my current senior level staff position.

Most recently, I expressed specific concerns about how Fannie Mae authorizes payments without appropriate signatures and without amending contracts to reflect our changes in processes and procedures. As a result of my attempts to maintain the integrity of our contracts and as a consequence of my diligent efforts to follow standard accounting and business practices, I have been asked to voluntarily resign from my position at Fannie Mae. I believe that this action is retribution for my actions and inquires related to Fannie Mae's non-standard approach to accounting and record keeping.

Since Fannie Mae is a company that is chartered by the United States Congress, my hope is that you will be able to stop this process and address the concerns that I have raised.

**EXHIBIT G.**

If you require any further detail, please contact me at (301) 519-9701.

Sincerely,


Maxwell J. Kimpson