JAMES E. CLYBURN
6TH DISTRICT, SOUTH CAROLINA

VICE CHAIR
HOUSE DEMOCRATIC CAUCUS

DEMOCRATIC STEERING COMMITTEE

CONGRESSIONAL BLACK CAUCUS

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-4006**

COMMITTEE:
APPROPRIATIONS

SUBCOMMITTEES:
ENERGY AND WATER DEVELOPMENT
TRANSPORTATION, TREASURY
AND INDEPENDENT AGENCIES
LEGISLATIVE BRANCH

www.house.gov/clyburn/
E-mail: jclyburn@mail.house.gov

December 20, 2004

Mr. Franklin Raines
Chief Executive Officer
Fannie Mae
3900 Wisconsin Avenue, NW
Washington, DC 20016

Dear Mr. Raines:   *Frank*

Recently, I received a letter from Maxwell Kimpson, a South Carolina native, who works in your Finance Department in the area of Contracts and Procurement Services as a Senior Contract Specialist.

In his letter, Mr. Kimpson stated that he has raised concerns to his superiors regarding certain practices and procedures at Fannie Mae. He also stated that shortly after raising these issues, he was told that his performance was deficient and subsequently asked to voluntarily resign from Fannie Mae or risk termination.

As a Member of Congress, it has long been my policy not to get involved in personnel issues as they relate to private companies. You may recall that in my previous career, I served as Commissioner of the SC Human Affairs Commission. For over 20 years, I had enforcement authority regarding issues of fair treatment and equity within the workplace. I might also add that I am proud to be the driving force behind federal legislation that provides whistleblower protection to aviation employees that express safety concerns. It is very important that employees are free to express concerns to management without the fear of losing their jobs.

Maxwell's family, the Kimpsons, have been active in the leadership of South Carolina for many years and I know them well. Please look into his concerns and insure that his grievances are given a proper forum and deliberation.

Please feel free to contact my office should you require additional information.

Sincerely,

James E. Clyburn
Member of Congress

EXHIBIT
H.

MK 128

cc: Kristy Williams, VP of Human Resources

2135 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4006
(202) 225-3315
(202) 225-2313 FAX

1703 GERVAIS STREET
COLUMBIA, SC 29201
(803) 799-1100
(803) 799-9060 FAX

181 EAST EVANS STREET
FLORENCE, SC 29506
(843) 662-1212
(843) 662-8474 FAX

8833 OLD HIGHWAY 6
SANTEE, SC 29142
(803) 854-4700
(803) 854-4900 FAX

437 AMELIA STREET
ORANGEBURG, SC 29115
(803) 533-1000
1ST & 3RD MONDAYS

21 NORTH MAIN STREET
SUMTER, SC 29150
(803) 436-2500
2ND & 4TH MONDAYS

DEC 21 2004 17:22                                                                   202 225 2194                  PAGE.02

**JAMES E. CLYBURN**
6TH DISTRICT, SOUTH CAROLINA

DEMOCRATIC STEERING COMMITTEE

CONGRESSIONAL BLACK CAUCUS



COMMITTEE:
APPROPRIATIONS

SUBCOMMITTEES:
ENERGY AND WATER DEVELOPMENT
TRANSPORTATION

## Congress of the United States
### House of Representatives
### Washington, DC 20515-4006

www.house.gov/clyburn/
E-mail: jclyburn@mail.house.gov

**Telecopier Transmitter Sheet**

To: _Max Kimpson_

Fax: _752-0975_

Date: _12/21/04_

Number of Pages: _____ (Including Cover Sheet)

____ Congressman James E. Clyburn

____ Lindy Birch          ____ Jennie Chaplin        ____ Danny Cromer

_X_ Jaime Harrison        ____ Acacia Salatti        ____ Barvetta Singletary

____ Quentin Stubbs       ____ Yelberton Watkins

Comments:

**CONFIDENTIALITY NOTICE**

**MK 129**

The document accompanying this facsimile transmission contains confidential or proprietary information belonging to the sender which is privileged. The information is directed to the attention, and intended for the sole exclusive use of the individual or entity named above. If you are not the intended recipient, you are herby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the facsimile is prohibited. If you receive this facsimile in error, please notify us by telephone to arrange for destruction or return to us the contents of this transmission. Thank you for your cooperation.

319 CANNON HOUSE OFFICE BUILDING   1703 GERVAIS STREET   181 EAST EVANS STREET   2106 MT. PLEASANT STREET   401 LONGSTREET   437 AMELIA STREET   21 NORTH MAIN STREET
WASHINGTON, DC 20515-4006   COLUMBIA, SC 29201   FLORENCE, SC 29506   CHARLESTON, SC 29405   KINGSTREE, SC 29556   ORANGEBURG, SC 29115   SUMTER, SC 29150
(202) 225-3315   (803) 799-1100   (843) 662-1212   (843) 965-5578   (843) 354-7484   (803) 533-1000   (803) 773-3371, EXT. 271
(202) 225-2313 FAX   (803) 799-9060 FAX   (843) 662-8474 FAX   (843) 965-5581 FAX   (843) 354-3004 FAX   1ST & 3RD MONDAYS   2ND & 4TH MONDAYS

DEC 21 2004 17:21                                                     202 225 2194              PAGE.01