**From:** Kimpson, Maxwell J
**To:** Kimpson, Maxwell
**Date:** 1/14/2005 6:25:15 PM
**Subject:** FW: Savings reporting for 2004

Maxwell J. Kimpson
IT Staff Augmentation
Commodity Manager
Contract and Procurement Services
Fannie Mae
202.752.5188

-----Original Message-----
**From:** Lopez, Marge
**Sent:** Friday, January 14, 2005 5:09 PM
**To:** Kimpson, Maxwell J
**Cc:** Martin-Edler, Rosanne S
**Subject:** RE: Savings reporting for 2004

Maxwell -- Sally was using the data you provided, however cleaning it to use as the source for "estimating" savings for 2004. Going forward, please work on calculations of "true actuals" (based on hours approved) and not on start and end dates of work assignments as discussed. This requires that you work with the systems team to extract the appropriate data. There will be no duplication of effort going forward. I will share with you and Rosanne the data I got from Sally and the additional calculations I made based on it next week.

Marge
Marge Lopez
Director, Strategic Sourcing
202-752-6689
3900 Wisconsin Ave, NW
Washington, DC 20016

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

-----Original Message-----
**From:** Kimpson, Maxwell J
**Sent:** Friday, January 14, 2005 4:34 PM
**To:** Lopez, Marge; Martin-Edler, Rosanne S
**Cc:** 'Kimpson, Maxwell '
**Subject:** RE: Savings reporting for 2004

EXHIBIT I.

**MK 216**

Marge and Rosanne:

In my One on One, you mentioned that Sally was working on some of the Actuals to estimate Cost Savings. As I stated, the reports that were presented from January 2004 through October 2004 were done with the intention of providing estimates based on a set number of annual hours. In December of 2004, you and I met with Sally Wess and you stated that we will need to calculate Actual Cost Savings as opposed to calculating Estimates which we had used for the first ten months of the year.

Please recall that I informed you then that the Cost Savings Queries would need to be re designed and

re worked because the basic assumptions have now changed.

Please know that I am willing to calculate these Cost Savings for the year based on Actuals as you have requested. I remember that you said that Sally is working on some Cost Savings for IT Staffing. As we move forward in this new direction (using Actuals), should I coordinate with Sally to ensure that we are not duplicating our efforts?

Please advise.

Maxwell J. Kimpson
IT Staff Augmentation
Commodity Manager
Contract and Procurement Services
Fannie Mae
202.752.5188

> -----Original Message-----
> **From:** Lopez, Marge
> **Sent:** Friday, January 14, 2005 1:35 PM
> **To:** Harris, Toni L; Martin-Edler, Rosanne S; Lee, Joseph A; Ochroch, David N; Odderstol, Chris; Jaston, Dan; Kimpson, Maxwell J; Gosain, Jyoti; Hawkins, Danner; Jeter, Kelvin; Mason, Mandy; Dunlop, Todd
> **Cc:** Stilwell, Anne; Wess, Sally; Cole, Mia; Haynes, Marialinda S
> **Subject:** Savings reporting for 2004
> **Importance:** High
>
> Team -- As we move to close the year, we need to account for every penny we helped save during 2004. Please forward to Sally any unreported savings you may have. Also, please update already reported numbers that are usage sensitive. These results help make our case for the value we bring and indirectly for securing additional resources. Thanks,
>
> Marge
>
> Marge Lopez
> Director, Strategic Sourcing
> 202-752-6689
> 3900 Wisconsin Ave, NW
> Washington, DC 20016

The electronic mail message you have received and any files transmitted with it are confidential and solely for the intended addressee(s)'s attention. Do not divulge, copy, forward, or use the contents, attachments, or information without permission of Fannie Mae. Information contained in this message is provided solely for the purpose stated in the message or its attachment(s) and must not be disclosed to any third party or used for any other purpose without consent of Fannie Mae. If you have received this message and/or any files transmitted with it in error, please delete them from your system, destroy any hard copies of them, and contact the sender.

**MK 217**