**From:** Kimpson, Maxwell J
**Sent:** Thursday, March 17, 2005 7:43 PM
**To:** Martin-Edler, Rosanne S
**Cc:** Stilwell, Anne; Lopez, Marge; Hammond, Kartika L; Waring, Capri M; Gosain, Jyoti; Cole, Mia
**Subject:** Restatement Related Contractor on the Financial Side
**Importance:** High

Case 1:06-cv-00139-RJL Document 1-11 Filed 01/06/2006 Page 1 of 1

MK 165

sage Page 2 of 2

Rosanne:

As you have directed, I have processed requisitions for several new vendors under the Restatement project. Navigant, Isymetry, Calloway and others are assigned to Jyoti as the Buyer and Contract Manager. I am happy to team with Jyoti. I believe Jyoti and I work well together; however, I have not seen any of the contracts for the Restatement, and I have not been involved in any of the meetings related to this effort so I believe that we need to develop a process so that these requests can be reviewed and approved to ensure that the terms and conditions of the contracts are adhered to. Have all of these contracts been fully executed? If so, can Orlando make a copy of these for me so that I am aware of the terms and conditions prior to approving these requisitions. I would like to be clear about what is being processed.

Since the beginning of January 2005 based on your direction, I have been processing these Restatement requests because of my access and experience with the sPro system. Rosanne, when we talked during our One on One sessions on February, I asked you what was the timeline for transitioning these requests to Jyoti or someone on David Ochroch's team, and you gave me a timeline that transitioned the Restatement requests to another Buyer by February 28, 2005. At this point, what is the revised timeline?

Please advise.

Maxwell J. Kimpson
IT Staff Augmentation
Commodity Manager
Contract and Procurement Services
Fannie Mae
202.752.5188

EXHIBIT
J.

MK 166