**Fannie Mae
Health and Work/Life Center**

Support at every stage of your career and life



**EXHIBIT**

tabbies

K.

| | |
|---|---|
| *Health and Work/Life Center\** .... | *202-752-6643* |
| *Emergency Child Care Center\** .... | *202-752-5469* |
| *Life Works* ........................................ | *1-888-267-8126* |
| *E.A.P. (24 Hours)* ........................... | *1-866-695-0492* |
| *Informed Health* ............................ | *1-800-556-1555* |
| *Eldercare Consultant\** ................... | *202-752-3949* |
| *Also can be reached at 1-800-752-7554* | |

**New Parents Leave Options Request**
**PATERNITY/ADOPTION LEAVE**

Name: _Maxwell Kimpson_    Employee Number: _08651_

Work Phone number: _(202)752-5188_ Manager: _Roxann Edler-Martin_

Date of Request: _03-18-05_

*******************************************************

Based on the Expected Date of Delivery/Placement : _August 3 2005_ , I am
requesting use of the following leave:

**FAMILY LEAVE:**

[✓]  **Childbirth Leave** (4 weeks - must be used within 6 months from date of deliver
or placement)

      [✓] Will use consecutively

      [ ] Will substitute for unpaid days during phaseback

      [ ] Will use as follows:

[ ]  **Vacation/Personal Leave:** _____ days (full day increments)

[ ]  **Phaseback:**    [ ] Will work 3 days a week (Circle: M T W Th F)
                [ ] Will work 4 days a week (Circle: M T W Th F)
*During the phaseback period I wish to substitute _____days of paid leave fo:
unpaid leave.  (Must be used within 6 months from date of delivery/placement).*
Note:  During Phaseback period, days not worked will be unpaid unle
paid leave (e.g., vacation, childbirth leave, floating holiday) is
substituted.

[ ]  **LWOP:** ____ days (Up to 12 weeks or until FMLA/DCFMLA is exhausted, whichever is greate:

[ ]  **Projected date of return to full-time work:** _____

*******************************************************

_____    _03-18-05_
Employee's Signature                            Date

[ ] I confirm the request for family leave as outlined above.

_____    _3/21/05_
Manager's Signature  Roanne Martin-Edler      Date

**MK 130**

*Please send completed form to Health Services 2H-1W-02.*



**WOMEN'S CARE**

10313 GEORGIA AVENUE • SUITE 202
SILVER SPRING, MD 20902
(301) 681-9101 • FAX (301) 681-3525

15225 SHADY GROVE ROAD
SUITE 306 • ROCKVILLE, MD 20850
(301) 869-7644 • FAX (301) 869-5793

ROBERT E. BADWEY, M.D, F.A.C.O.G.
THOMAS H. GOODRIDGE, M.D, F.A.C.O.G.
ROLANDO R. PEREZ, M.D, F.A.C.O.G.
DARRYN M. BAND, M.D, F.A.C.O.G.
LAURIE S. Y. TSAU, M.D, F.A.C.O.G.
M. HEATHER SINE, M.D, F.A.C.O.G.

*SPECIALIZING IN OBSTETRICS
GYNECOLOGY AND INFERTILITY*

# Family Health Information Leave

...determine if your family member's current medical condition or the ... to receive Childbirth/Adoption Leave.

| Name of Employee | Job Title/Band | Relationship to Patient |
|---|---|---|
| Maxwell Kimpson | Sr. Contract & Procurement Specialist | Husband |

| Address | Cost Center | Mailstop | Date of Hire |
|---|---|---|---|
| 306 Redland Blvd | 004 | 2H2W05 | 08-20-2000 |

| Work Phone Number | Home Phone Number | Supervisor's Name |
|---|---|---|
| (202) 752-5188 | (301) 579-9701 | Roseann Edler-Martin |

| Signature of Employee | Employee Number | Date |
|---|---|---|
|  | 08651 | 03-18-05 |

**Name of Patient/Adoptee**
Leticia Kimpson

**Name and Title of Health Care Provider or Agent**
Dr. M. Heather Sine

**Provider's/Agency's Address and Phone Number**
10313 Georgia Avenue Suite 202, Silver Spring MD 20902

**II. To be completed by health care provider or adoption agency**

The above Fannie Mae employee has requested Childbirth/Adoption Leave. The purpose of this disclosure is to obtain medical/adoption information to determine the need for the requested leave. Please provide the following information.

☑ Pregnancy          ☐ Adoption

EDC:

Adoption Placement Date

Comments:

_Darryn M. Band M.D_

Signature of Health Care Provider/Agent                    Date  3-18-05

_Darryn M. Band_

Print Name of Health Provider/Agent

**MK 131**

Disclosure to be provided to:
Corporate Health Services Department
Fannie Mae  2H-1W/02
3900 Wisconsin Avenue, NW
Washington DC 20016-2892
(202) 752-6643  Fax (202) 752-2768

| Health Services Use | |
|---|---|
| Received by |  |
| Date |  |

**FannieMae**

# Consent for Release of Family Health Information
# for Childbirth/Adoption Leave

**I. To be completed by employee**

The following medical information is necessary to determine if your family member's current medical condition or the adoption process meets the criteria for eligibility to receive Childbirth/Adoption Leave.

| Name of Fannie Mae Employee | Job Title/Band | | Relationship to Patient |
|---|---|---|---|
| Maxwell Kimpson | Sr. Contract Procurement Specialist | | Husband |

| Address | Cost Center | Mailstop | Date of Hire |
|---|---|---|---|
| 302 Redland Blvd | 004 | 2H2W05 | 08-20-2000 |

| Work Phone Number | Home Phone Number | Supervisor's Name |
|---|---|---|
| (202) 752-5788 | (301) 579-9701 | Roseann Edker-Martin |

| Signature of Employee | Employee Number | Date |
|---|---|---|
| | 08651 | 03-18-05 |

Name of Patient/Adoptee

Letetia Kimpson

Name and Title of Health Care Provider or Agent

Dr. M. Heather Sine

Provider's/Agency's Address and Phone Number

10313 Georgia Avenue Suite 202, Silver Spring MD 20902

**II. To be completed by health care provider or adoption agency**

The above Fannie Mae employee has requested Childbirth/Adoption Leave. The purpose of this disclosure is to obtain medical/adoption information to determine the need for the requested leave. Please provide the following information.

| ☑ Pregnancy | ☐ Adoption | EDC: |
|---|---|---|
| | | Adoption Placement Date: |

Comments:

Darryn M. Band M.D.

| Signature of Health Care Provider/Agent | 3-18-05 |
|---|---|
| | Date |

Darryn M. Band

Print Name of Health Provider/Agent

**MK 132**

| Disclosure to be provided to: | Health Services Use |
|---|---|
| Corporate Health Services Department | Received by |
| Fannie Mae 2H-1W/02 | |
| 3900 Wisconsin Avenue, NW | |
| Washington, DC 20016-2892 | Date |
| (202) 752-6649 Fax: (202) 752-2768 | |

Fannie Mae



# Fannie Mae's New Parent Programs
## An Overview of Leave Options, Benefits, and Important Resources for New Parents

What cannot walk, or talk, yet totally controls your life? Any new parent knows. That's because they experience first hand the joys – and demands – a newborn or newly adopted child places on their time and resources.

Fannie Mae is working hard to provide outstanding support for new parents. As an expectant parent, for example, you will discover that you have a number of childbirth – and adoption – related leave options. Using them will enable you to focus on your family exclusively during the first few weeks and months following a birth or adoption.

And because Fannie Mae is a family-friendly company, we offer an array of additional parent-related benefit programs and services designed to support you following your new arrival! They run the gamut from our Emergency Dependent Care Reimbursement Voucher Program to Adoption Expense Reimbursement. All will help you address the growing needs of your new family.

What follows is a complete overview of Fannie Mae's parenthood-related benefits and services, with a special focus on our childbirth and adoption leave programs. For complete, detailed information on any of the programs or services reviewed here, be sure to contact the Human Resources Service Center at (202) 752-2222 (outside Washington, DC call 1-888-474-3578), or (703) 833-2222 your Human Resources (HR) Talent Team.

Fannie Mae is committed to providing support for you at every stage of your career and life – and to helping you manage your personal and professional responsibilities in the best way possible. That effort starts here!

## Leave Options for New Parents

As a new parent at Fannie Mae, you have a number of leave options including childbirth-related Short-Term disability Leave, Childbirth Leave, Adoption Leave, Family or Medical Leave, Leave Without Pay, or Fannie Mae's Phase Back to Work for New Parents Program, an integral part of Fannie Mae's Work/Life Initiatives.

### Short-Term Disability Leave

As a birth mother, you are entitled to a period of Short-Term Disability Leave from Fannie Mae following the birth of your child. This period of disability leave begins the day your physician or health care provider states that you are disabled and can no longer work – generally your day of delivery.

If you are a regular employee working at least 20-hours per week, disability will pay 100 percent of your salary throughout the Short-Term Disability period. For payroll purposes only, the first five days of your childbirth-related leave will be treated as sick leave. From your sixth consecutive day of absence, the remainder is considered Short-Term Disability Leave. It is your responsibility to notify Health Services at (202) 752-6643 (or 1-800-752-7554 for regional employees) on or before your sixth consecutive day of absence in order to initiate your Short-Term Disability Leave.

Under normal circumstances, childbirth-related Short-Term Disability enables you to take a total of six consecutive weeks off work. For a complicated delivery, such as a cesarean section, your leave may be extended to eight weeks. (Other circumstances may require a longer Short-Term Disability period.) If circumstances require you to begin your leave prior to your delivery date, you must contact Health Services and provide substantiating medical documentation. And if you must extend your time off work beyond the normal six or eight week period, you must provide Health Services with medical documentation substantiating the need for an extension of the disability period, as well.

Fannie Mae has established provisions to address unanticipated circumstances that may arise during your pregnancy. If, for example, you are restricted from performing work-related duties, or require a change in your work schedule or work environment due to a disability during your pregnancy, you must provide Health Services with medical documentation in support of your request. Your documentation must show the nature of the disability, course of treatment, and reason for restriction.

When you are ready to return to work, you must notify Health Services. At your post-delivery checkup, ask your physician or health care provider to complete the "Return to Work" release form indicating your release from medical care.

MK 134

## Childbirth Leave

As a new mother, you may choose to extend your time off work following the end of your Short-Term Disability Leave by utilizing Fannie Mae's Childbirth Leave program. This program is also available to new fathers. It allows for four weeks of paid childbirth leave.

You must use your paid childbirth leave within 180 days following the birth of your child. Expectant fathers who want to use this leave option must provide Health Services with medical documentation of their wife's or partner's pregnancy and the expected date of delivery. Fathers also must submit a written request for leave to their manager, indicating the dates and amount of leave to be taken. A copy of this request also should be submitted to Health Services.

## Adoption Leave

Fannie Mae also provides up to four weeks of paid leave for adoptive parents. This leave must be used within 180 days following the placement of an adopted child.

To apply for this leave, adoptive parents must submit a written request to their manager, indicating the dates and amount of leave to be taken. A copy of this request for leave also should be submitted to Health Services.

## Phase Back to Work for New Parents Program

With Fannie Mae's new Phase Back to Work program, new parents have the opportunity to transition back into full-time work following the birth or adoption of a child.

The way it works is simple. The total Phase Back to Work period allows new parents up to six months to become completely reintegrated into the workplace following the birth or adoption of a child. This six-month period includes time you take as short-term disability, Childbirth Leave, Adoption Leave, or personal leave (e.g., vacation leave), and a period of part-time work. Working part-time over a predetermined, specified time, you gradually reintegrate yourself into your full-time schedule. Using a combination of all the leave options mentioned here, your total time away from work can last up to six months.

If you utilize the Phase Back Program, you must work at least three days a week during that time. You will continue to receive full benefits; however, your rate of pay will be adjusted to reflect your actual number of hours worked.

You could continue to receive a full salary during the Phase Back program by electing to use vacation leave, floating holidays and/or a Health Living day as a substitute for unpaid, non-work days. Please note, however, that any time scheduled (and taken) as non-work days during the reduced work period will be deemed family leave and counted against any Family and Medical Leave Act or District of Columbia Family and Medical

**MK 135**

Leave Act (*FMLA/DCFMLA*) entitlement. This is the case even if you substitute paid leave to continue your pay. (*Please note: You must have sufficient FMLA/DCFMLA leave available to cover your time away from work.*) For more information, refer to the Family, and Medical Leave Act supplement (8/25/97) to the Fannie Mae Employee Handbook.

As you can see, the Phase Back to Work Program offers valuable time with your family at a time when you want it most. Work with your manager and HR Talent Team to determine what combination of programs option work best for you.

## *Leave Without Pay*

As an alternative to the Phase Back to Work Program, which requires you to work at least three days a week, you may choose to take leave without pay (*LWOP*) for up to four months. In order to take LWOP, however, you must have sufficient FMLA//DCFMLA leave available to cover your time away from work.

If you choose to use LWOP, you must: 1.) notify your manager, and 2.) contact Health Services. They will begin the process of informing the appropriate departments and you will be notified regarding arrangements for the payment of employee benefits normally deducted via payroll deductions. In addition, leave taken (*including LWOP*) following the birth or adoption of a child will be deemed family leave and counted against any FMLA/DCFMLA entitlement.

Please note that you may not use both **LWOP** and the reduced-work portion of the Phase Back to Work program.

## *Federal and District of Columbia Family and Medical Leave Acts*

Both the Family Medical Leave Act (*FMLA*) and District of Columbia Family and Medical Leave Act (*DCFMLA*) were created to provide covered employees with unpaid leave to handle certain medical and family circumstances while guaranteeing job protection. Fannie Mae provides family and medical leave under the provisions of the FMLA and the DCFMLA.

For complete details on this very important program, please refer to the Family and Medical Leave Act supplement (8/25/97) to the Employee Handbook, or contact Health Services.

## Eligibility Requirements for Leave

To qualify for Short-Term Disability related to childbirth, you must be a regular employee scheduled to work more than 20 hours a week. You also must be under the care of a licensed health care professional and follow any prescribed treatment.

**MK 136**

To be eligible for Childbirth Leave, Adoption Leave, or the Phase Back to Work Program, you must be a regular employee scheduled to work more than 20 hours a week and have at least one year of continuous service. Regular part-time employees who work more than 20 hours a week are eligible for both Short-Term Disability benefits and Childbirth Leave or Adoption Leave; however, leave will be prorated.

You must also qualify for leave under other federal and state laws. Please refer to the discussion of the Family and Medical Leave Act (*FMLA*) and the District of Columbia Family and Medical Leave Act (*DCFMLA*) for details.

## How to Apply for New Parent Leave

To utilize one or more of Fannie Mae's new parent leave options (short-term disability, Childbirth Leave, Adoption Leave, Family and Medical Leave, Vacation Leave, Leave Without Pay, and/or Phase Back to Work), you must obtain, complete, and return two forms. *(Note: Your health care provider or adoption agency must complete a portion of these forms.)* For birth mothers, these are **the New Parent Leave Options Request Form and the Extended Medical Leave Medical Certification and Short-Term Disability Application.** For fathers or new adoptive parents, the required forms are the **New Parent Leave Options Request Form and the Consent for Release of Family Health Information for Childbirth/Adoption Leave.**

These forms are available from Health Services or the regional Human Resources departments. All prospective parents must obtain their manager's signature of approval on the New Parents Leave Options Request Form. Your manager should keep a copy of this document; you should keep a copy of both forms. Return the originals of both forms to Health Services. In the case of birth parents, documents should be returned to Health Services prior to the seventh month of pregnancy. Forms for adoptive parents should be forwarded as soon as your placement date is determined. *Your timely return of the application and certification form is required to ensure payment of Short-Term Disability benefits and the determination of FMLA entitlement.*

Health Services will notify you of your eligibility for benefits via the Short-Term Disability Authorization and FMLA Notification forms. Health Services also will notify your manager, the Payroll Department, and your regional Human Resources office or HR Talent Team, if applicable, that you have been authorized for Short-Term Disability Leave.

Employees are also required to submit leave usage information to the Payroll department for each pay period. The employee's manager and Health Services staff are responsible for monitoring leave usage for FMLA/DCFMLA tracking purposes.

# Benefits of Interest to New Parents

Fannie Mae offers a number of valuable benefits intended to support you as a parent both before and after the birth or adoption of your child. Use the following synopses to familiarize yourself with these programs – then contact the Human Resources Service Center or your HR Talent Team for details.

## Insurance

Fannie Mae provides all employees with dental and health insurance. As a new parent, it is more important than ever that you understand your insurance coverage and know how to access your provider. Call your carrier and get the information you need, making sure you understand what services are available and what is covered under your particular insurance plan. And don't forget to make arrangements for additional coverage of your newborn or newly adopted child! *(Please note: Any changes to your plan must be made within 30 days of your child's birth or adoption.)*

## Health Care Spending Account

This account lets you use pre-tax dollars to pay for certain medical, dental, and vision care costs that are not covered by insurance or otherwise reimbursed. By using this account, you pay lower taxes on your income, in effect reducing the cost of your health care. You are eligible to establish a Health Care Spending Account if you are a regular Fannie Mae employee normally scheduled to work at least 20 hours. The maximum contribution is $5,000 annually. Refer to your Employee Handbook to review eligible expenses. *(Please note: If you choose to establish a new account outside of Open Enrollment, or increase your existing election, you must do so within 30 days following the birth, or adoption of your child.)*

## Dependent Care Spending Account

The Dependent Care Spending Account, part of Fannie Mae's flexible benefits plan, allows you to use pre-tax dollars to pay for certain dependent care costs. You can specify dollar amounts up to $5,000 per family, and eligible services include care in your home, day care services, summer day camp, and housekeeping as it relates to dependent care. *(Please note: If you choose to establish an account, you must do so within 30 days after the primary care giver returns to work following the birth or adoption of a child.)*

## Adoption Expense Reimbursement Program

Fannie Mae's Adoption Expense Reimbursement Program is designed to help you overcome the financial hurdles sometimes associated with adoption.

Through this program, Fannie Mae will reimburse an adoptive parent up to 100 percent of certain adoption-related expenses (*which are not reimbursed from another source*), up

6

**MK 138**

to a maximum of $5,000 per child. For an adopted child with special needs the maximum reimbursement is $6,000.

## The Fannie Mae Emergency Day Care Center

Fannie Mae offers Washington office employees an Emergency Childcare Center for children ages 6 months to 12 years. Working parents can use the Center on occasions when their regular caregivers are unavailable, up to a maximum of 25 days each year (Day Care Center use and/or reimbursement voucher combined). The Center is licensed by the Washington, DC government and is open from 8:00 a.m. to 6:00 p.m., Monday through Friday. The daily fee for children under two years old is $15. For children ages two and older, the fee is $10. There is a 10 percent discount if a working mom or dad has two children in the Center at the same time, and a 15 percent discount for three or more children. Call (202) 752-5469 for more details.

## Emergency Dependent Care Reimbursement Voucher Program

Fannie Mae employees can receive reimbursement for emergency care expenses (childcare, disabled care, and elder care) through the Emergency Dependent Care Reimbursement Voucher Program. (*Reimbursement for childcare is available to Washington-based employees only when the Childcare Center is full.*) This program provides reimbursement of up to $40 per day, for a maximum of 25 days per year (*Day Care Center use and/or reimbursement voucher combined*), to pay for emergency care required when your regular caregiver is unavailable. For additional information, call the Childcare Center at (202) 752-5469.

## Lactation Program

Numerous studies indicate that breast-feeding is good for both mother and child. Evidence suggests that babies who are nursed typically suffer fewer and less serious health problems than those who are not. The Fannie Mae lactation program is designed to provide new mothers with support while breast feeding their infants; new moms can nurse their babies from birth and continue when they return to work. The lactation program offers education and counseling with a trained lactation specialist. Work site breast pumps are available as needed. You may call the Lactation Specialist at (301) 656-2526 to get information or arrange for an appointment to review the equipment and procedures. Regional employees may be referred to a local lactation specialist.

## Volunteer Leave

Regular employees scheduled to work more than 20 hours per week with at least six months of company service are eligible for up to ten hours of paid leave each calendar month for volunteer work. Volunteer work performed in schools now is included in this program.

**MK 139**

# Additional Resources

Can you have too much information? When it comes to parenthood, probably not. That's why Fannie Mae offers new parents a number of resources for information on prenatal care and health-related concerns, infant care, referral services, and more. They're here for your support – make the most of these useful tools!

## Family Resource Service

The Family Resource Service (*FRS*) is a childcare resource and referral service that can assist you in preparing for a new family member. You can call FRS to receive a free copy of *Due Dates*, an expectant parent's guide to balancing work and a baby. The service also provides parental counseling, offers child care referrals in your community, and supports community initiatives to promote quality childcare. For information call 1-800-847-5437.

## The Women's Resource Center

The Fannie Mae Women's Resource Center provides books and videos available for your use on a variety of topics, including maternal and infant care. Call (202) 752-6643 for additional information.

## The Health Services Unit

The Health Services professional staff is available to provide advice on health-related concerns regarding your pregnancy and assistance with your parental leave planning. Call (202) 752-6643 or 1-800-752-7554 for information.

## Informed Health

The Fannie Mae Informed Health program is a health information and counseling service available to all Fannie Mae employees, retirees, and their families. This confidential, voluntary service includes unlimited toll-free telephone access to specially trained registered nurses, individualized research, and health related-information, including a newsletter. *Refer to your Informed Health Guide to Self-Care, or call 1-800-556-1555.*

## L'il Appleseed Maternity Program

The L'il Appleseed Maternity Program is designed to help eligible employees give their babies a healthy start in life by providing access to prenatal, delivery, and postnatal care. Comprehensive maternity benefits include risk maternity management, and educational program for expectant fathers, prenatal and postnatal home nurse visits for mother and baby (*for an additional fee*), a reimbursement for participation in pregnancy-related educational classes, and discounts on baby care items purchased through a special

8

**MK 140**

program catalog source. The program is available to Aetna U.S. Healthcare members. For more details and information on eligibility, call 1-800-272-3531.

## Parent and Community Education (P.A.C.E.)

This program is designed to help you grow into your role of new parent. It offers eight weekly two-hour sessions that address such issues as feeding and sleeping patterns, the attachment process and separation steps, and creating a parenting style. The sessions also include the opportunity to discuss career-related options and decisions for parents. Contact Health Services for information.

## Parents Assisting and Lending Support (PALS)

The Fannie Mae PALS Program is a volunteer program designed to provide low-income mothers with needed resources such as baby food, used baby furniture, and clothing. Periodically, the Women's Resource Center will gather donated items collected by PALS volunteers and forward these items to parents in need. For information on the program, contact Health Services at (202) 752-6643.

## Lunchtime Seminars and Health and Family Services Program Brochures

Fannie Mae offers an ongoing series of lunchtime seminars, many of which will be of interest to new parents. Examples of topics discussed include "Fatherhood: The Fathering Role in a New Age," "Single Parenting," and "Living in a Changing World: Helping Children Resist Bias." Refer to HomeSite, our Intranet, for announcements regarding these seminars. In addition, Health Services issues a quarterly program brochure that includes discussion of subjects of interest to parents.

**MK 141**

# Important Things to Remember

New parents have a lot of planning to do!  Follow this helpful list of action items and you will cover the fundamentals of new parenthood at Fannie Mae.

## The First Trimester

- Schedule your first visit with your health care provider.
- Take time to think about the changes pregnancy will bring to your lifestyle.
- Get as much information as you can on what to expect in the coming months.
- Call your insurance carrier so you understand your coverage and benefits.
- Starts looking into child care options.

## The Second Trimester

- Start planning your leave.
- Review Fannie Mae's childbirth-related leave options and policies.
- Discuss your plans with your supervisor.

## The Third Trimester

- Start preparing for your leave.
- Sign up for your childbirth education class.
- Start thinking about breast-feeding and contact the lactation specialist.
- Prior to your seventh month of your pregnancy, sit down with your manager and discuss your plans.
- Complete the **New Parent Leave Options Request Form** detailing your estimated days of absence and expected return to work plan.
- Prior to your seventh month, schedule an appointment with a Health Services nurse case manager.
- Get plenty of rest.
- Firm up your childcare plans.

Be sure to inform Health Services periodically of changes in your condition as you progress through your pregnancy.

## When Your Baby Arrives

- Call the Health Services Unit and notify them of your delivery date.
- Call the Human Resources Service Center and add your baby to your insurance.

**MK 142**

- Decide if you want to set up your Dependent Care and Health Care Spending Accounts. **(Be aware, there are deadlines!)**

## Returning to Work

- Mothers will need physician clearance prior to returning to work.
- Bring or send your Short-Term Disability Return to Work certification form to Health Services as soon as you complete your post-delivery checkup.

MK 143

## Important Information Regarding Benefit Coverage

New Parents:

*Congratulations on your addition!*

Please be aware that notification to add your new child to your benefit coverage must be sent to the HR Service Center within 30 days following the birth or adoption. After 30 days, benefit changes may be made only during annual Open Enrollement. For your convenience, a copy of the 2005 Status Change form is attached.

- Mail or fax the form to the HR service Center (6H-2E/05 or 703-833-1705) after the baby's birth or placement.
- Keep a copy of your original form and a copy of the fax transmittal for your records.
- We will confirm with you by e-mail that we have received your form. If you don't hear from us in a reasonable period of time, please contact us at    703-833-2222 or 1-888-474-3578 to confirm receipt.
- For complete information on appropriate status changes, visit HomeSite, Employee Benefits, Choice Flexible Benefits Program, Changes in Status.
- For questions about status changes please contact us by pho0ne or e-mail at hr_service_center@fanniemae.com.

HR Service Center

MK 144

Name: _____
Location: _____
Cost Center: _____
Reason for Change: _____

Employee Number: _____
Employee SSN#: _____
Effective Date: _____

*[Note: Family Status Changes must be reported within 30 days of the event. Otherwise, benefit changes may be made only during Open Enrollment.]*

## 2005 Status Change Form

Please select your change(s) below and return this form to the HR Service Center, by fax, 703-833-1705.  All rates are biweekly unless otherwise stated. If you are adding dependents, you must attach a completed "Dependent Information Verification Form".

### 1.  MEDICAL PLANS (Bi-weekly) (Circle election)

| OPTIONS | 1. EMP. ONLY | 2. EMP. +1 | 3. FAMILY |
|---|---|---|---|
| Aetna Choice POS II | $70.64 | $103.98 | $166.78 |
| Aetna HealthFund | $59.02 | $80.72 | $121.58 |
| Aetna HMO | $60.10 | $82.89 | $125.80 |
| HMO Illinois *(form required)* | $62.66 | $84.52 | $130.37 |
| Kaiser Mid-Atlantic | $58.10 | $78.90 | $115.35 |
| Kaiser Georgia *(form required)* | $58.92 | $80.52 | $121.19 |
| Kaiser California *(form required)* | $59.72 | $82.12 | $119.37 |
| Waive | $0.00 | $0.00 | $0.00 |

*Check plan comparisons for plan availability by location*

### 2.  DENTAL PLANS (Bi-weekly) (Circle election)

| OPTIONS | 1. EMP. ONLY | 2. EMP. +1 | 3. FAMILY |
|---|---|---|---|
| Aetna DMO | $6.62 | $8.27 | $11.70 |
| Aetna Standard PPO | $9.24 | $13.56 | $20.14 |
| Aetna High Option PPO* | $16.62 | $28.33 | $55.09 |
| Waive | $0.00 | $0.00 | $0.00 |

*Requires a 2 year commitment*

### 3.  LIFE INSURANCE (Bi-weekly)

#### A. ACCIDENTAL DEATH AND DISMEMBERMENT (AD&D)

| | Bi-weekly Costs | Amount of Coverage Desired |
|---|---|---|
| Employee AD&D | 0.07/per $10K | $ _____ |
| Family AD&D | 0.12/per $10K | $ _____ |
| Waive | $0.00 | $0.00 |

[You may elect Employee AD&D in multiples of $10,000 up to a maximum of the lesser of $1,000,000 or 10 times your salary. Please do not elect an AD&D amount that exceeds the maximum.
- If you exceed the maximum, your coverage will be capped at the appropriate amount.
- If you elect an amount which is not a multiple of $10,000, your actual coverage amount will be rounded to the nearest $10,000 (i.e., rounded up for amounts greater than or equal to $5,000, rounded down for amounts less than $5,000.)]

#### B. GROUP UNIVERSAL LIFE INSURANCE (GUL): EMPLOYEE
Please contact MetLife on 1-800-GET-MET 8 (1-800-438-6388) to request the form(s) needed to change GUL coverage.

#### C. GROUP UNIVERSAL LIFE INSURANCE (GUL): SPOUSE/DOMESTIC PARTNER
Please contact MetLife on 1-800-GET-MET 8 (1-800-438-6388) to request the form(s) needed to change Spousal GUL coverage.

#### D. TERM LIFE INSURANCE: CHILD
Please contact MetLife on 1-800-GET-MET 8 (1-800-438-6388) to request the form(s) needed to change Child Life Term Life Insurance coverage.

*Note: Either you or your spouse/domestic partner must select GUL coverage in order to select child life insurance.*

### 4.  LONG-TERM DISABILITY PLANS (No Waive-out permitted)

**MK 145**

**LONG-TERM DISABILITY**
(1) Core - 40% of Pay
(2) 60% of Pay
(3) 66.67% of Pay

**Annual Costs**
$2.90/$1,000
$5.10/$1,000
$5.70/$1,000

## 5.  TAX SAVER SPENDING ACCOUNTS

### 1.  HEALTH CARE ACCOUNT
(1) Annual Contribution Amount
(2) Waive

**Annual Contribution**
$_____
$0.00

### 2.  DEPENDENT CARE ACCOUNT*
(1) Annual Contribution Amount
(2) Waive

$_____
$0.00

*Note:  The annual contribution may not exceed $5,000 per account*

*Your dependent care spending account can only be used for dependent care expenses. This does not include health care expenses for an eligible dependent; those expenses are eligible for reimbursement through the health care spending account.

## 6.  SIGNATURE/AUTHORIZATION

*My signature affirms that the information concerning my Change in Status is true and correct. I hereby authorize Fannie Mae to enroll me, and my dependents if applicable, in accordance with my elections and take the appropriate deductions from my wages.*

_____                    _____
Signature                                            Date

MK 146

# Your Rights
## under the
# Family and Medical Leave Act of 1993

FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to "eligible" employees for certain family and medical reasons. Employees are eligible if they have worked for a covered employer for at least one year, and for 1,250 hours over the previous 12 months, and if there are at least 50 employees within 75 miles.

## Reasons For Taking Leave:

Unpaid leave must be granted for *any* of the following reasons:

- to care for the employee's child after birth, or placement for adoption or foster care;
- to care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
- for a serious health condition that makes the employee unable to perform the employee's job.

At the employee's or employer's option, certain kinds of *paid* leave may be substituted for unpaid leave.

## Advance Notice and Medical Certification:

The employee may be required to provide advance leave notice and medical certification. Taking of leave may be denied if requirements are not met.

- The employee ordinarily must provide 30 days advance notice when the leave is "foreseeable."
- An employer may require medical certification to support a request for leave because of a serious health condition, and may require second or third opinions (at the employer's expense) and a fitness for duty report to return to work.

## Job Benefits and Protection:

- For the duration of FMLA leave, the employer must maintain the employee's health coverage under any "group health plan."

- Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.
- The use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

## Unlawful Acts By Employers:

FMLA makes it unlawful for any employer to:

- interfere with, restrain, or deny the exercise of any right provided under FMLA;
- discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

## Enforcement:

- The U.S. Department of Labor is authorized to investigate and resolve complaints of violations.
- An eligible employee may bring a civil action against an employer for violations.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

## For Additional Information:

Contact the nearest office of the Wage and Hour Division, listed in most telephone directories under U.S. Government, Department of Labor.

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division
Washington, D.C. 20210

WH Publication 1420
June 1993

MK 147

# EMPLOYEES' RIGHTS UNDER THE DISTRICT OF COLUMBIA FAMILY AND MEDICAL LEAVE ACT OF 1990

The District of Columbia Family and Medical Leave Act of 1990, D.C. Law 8-181, requires, effective April 1, 1991, all employers of 20 or more employees in the District of Columbia to provide up to 16 weeks of unpaid family leave:

- **for the birth of a child, adoption or foster care**
- **to care for a seriously ill family member**

and up to 16 weeks of unpaid medical leave:

- **to recover from a serious illness rendering the employee unable to work**

for a total of 32 weeks during a 24-month period.

During the period of leave, an employee shall not lose any employment benefits such as seniority or group health plan coverage.

The employer may require medical certification and reasonable prior notice when applicable.

The Act applies to employees who have worked for the employer for one year without a break in service and who have worked at least 1000 hours during the last 12 months. Employers may have leave policies which are more generous than those required by the Act.

## A COMPLAINT CONCERNING A DENIAL OF RIGHTS UNDER THIS ACT MUST BE FILED WITHIN ONE YEAR OF THE OCCURRENCE OR DISCOVERY OF THE VIOLATION

For answers to questions concerning the Act or to file a complaint under the Act, contact:

### Government of the District of Columbia

Department of Human Rights and
 Minority Business Development
441 4th Street, N.W., Suite 970
Washington, D.C.   20001
(202) 724-1385   FAX (202)724-3787
TTD (202) 724-6573

Marion Barry, Jr., Mayor



*Steven Jumper, Acting Director*

**MK 148**