

# Audit Report
## Office of Auditing



Procurement and Accounting Services Audit
April 29, 2005

### Addressees

Robert Bozarth, Vice President- Corporate Real Estate and Facilities Management
Christine Cahn, Vice President- Financial and Procurement Services

### Audit Director

Mouhamadou Diagne

### Auditors

Stephen Balogun, Shelly Blackston, Alan Davis, Toyin Ibrahim, Misbahuddin Syed

### Distribution

Dan Mudd
Robert Levin
Adolfo Marzol
Julie St. John
David Hisey
Phillip Weber
Ann Eilers
Christine Flynn
Timothy Hyde
Jean Schreier
Ann Stilwell
Deloitte & Touche

EXHIBIT
tabbies
L.

Information contained in this report is confidential and is provided for internal use only by authorized Fannie Mae personnel.

MK 281



# Audit Report
## Procurement and Accounting Services Audit
### April 29, 2005

**Report Rating TBD**

**OBJECTIVES AND SCOPE**

This report summarizes the results of our audit of controls over Fannie Mae's corporate procurement services, accounts payable and administrative expenses. Our objective included evaluating controls over selection and approval of vendors, processing of requisitions and purchase orders, management of contracts, receipt of purchased goods and services, review and processing of invoices and related disbursements, accrual and recording of liabilities to external vendors, and ongoing review and monitoring of corporate administrative expenses. The objective of our audit was to verify the adequacy and effectiveness of internal controls around these processes. We also performed a review of the Financial Reporting Controls (FRCs) applicable to the Accounts Payable and Administrative Expenses business processes. The objective of our review of FRCs was to verify the adequacy of the documentation, design, effectiveness, and management's monitoring of these *controls*. For further detail regarding the scope of our audit, see Attachment II.

**CONCLUSION**



MK 282



# Audit Report
## Procurement and Accounting Services Audit
## April 29, 2005

**BACKGROUND**

Fannie Mae's administrative expenses can be categorized into two broad components: a) payroll-related expenses for the compensation of the company's approximate 5,000 active employees; and b) expenses for the purchase of various non-capitalizable goods and services used by the business units in conducting day-to-day operations. While corporate payroll is relatively centralized, the procurement process is more decentralized in nature.

The purchase of most goods and services are centrally coordinated through the Contracts and Procurement Services (CAPS) division; however, the individual business units around the company retain primary responsibility for the front-end functions of defining purchase requirements, selecting goods or service providers and initiating purchase transactions. The review and approval of the purchase orders and requisitions is split between CAPS and the corporate Administrative Expenses unit. Once purchased goods or services are received, the Accounts Payable section within Accounting Services is responsible for the actual recording of the related vendor liabilities and their subsequent settlement. Finally, the Administrative Expenses unit manages, throughout the year, the ongoing monitoring of the actual expenditures incurred against approved budgets

Based on business volume data tracked by management, following is a snapshot of the corporate procurement activity over the most recent periods:

|  | 2004 (Full Year) | 2005 (Y-T-D) |
|---|---|---|
| Purchase order amounts | $541,578,000 | $152,946,000 |
| Number of requisitions | 20,987 | 6,178 |
| Number of purchase orders | 19,724 | 6,625 |
| New vendor contracts | 325 | 74 |

In addition to the above amounts related to outside procurement of goods and services, Fannie Mae incurred total employee compensation expenses of approximately $879 million for the most recent fiscal year (2004), representing 58% of total corporate administrative expenses.

The payroll process is managed entirely in-house by the corporate payroll department and is supported by the Peoplesoft system. The procurement process is supported by three main technology applications within PeopleSoft. The ePro (electronic procurement) application is used to electronically record the requisition and ordering of goods, while the sPro (support procurement) application is used to electronically record the ordering and procurement of support and temporary employee service hours. A third application, Procurement pro, allows CAPS to input manual and hardcopy procurement and requisition requests. In addition, the Accounts Payable and Administrative Expense departments also utilize PeopleSoft subledgers to record, respectively, vendor disbursement activity and the related administrative expenses

**MK 283**



# Audit Report
## Procurement and Accounting Services Audit
## April 29, 2005

**FOLLOW-UP**

We will follow up on the observations included in this report through subsequent account executive work to ensure that corrective actions have been completed. These observations will be tracked on the Audit Issues Tracking Report.

We appreciate the cooperation extended to our auditors by the management and staff of Contracts and Procurement Services (CAPS), Accounting Services, Payroll, and Budget & Expense Management. If we can be of additional assistance, or if you wish to discuss these items further, please call Mouhamadou Diagne at (202) 752-2620 or Alan Davis at (202)-752-4519.

**FannieMae**                                                                  **Attachment I**

# Audit Report
## Procurement and Accounting Services Audit
## April 29, 2005

### Detailed Observations and Management Corrective Actions

**OBSERVATION**

> 1. Corporate procurement policies and procedures need to be improved to provide consistent and detailed guidelines around the review and approval requirements for the contracts, as well as specific requirements pertaining to contract documentation, due diligence in the vendor selection process, and contract monitoring. [Audit Identified (AI) and Management Self-Identified (MSI)]

Based on our inquiries with CAPS management, process walkthroughs and testing procedures performed, Audit noted that the policies and procedures governing the procurement process are outdated and deficient in several respects. These policies and procedures have not been updated since February 2003 and do not accurately reflect the procurement process as it is currently performed. In addition, the existing policies are not robust and do not include requirements or guidelines related to key aspects of the procurement process, such as:

- The type and level of due diligence required on the part of either CAPS or the requisitioning business units, in selecting Fannie Mae vendors for the purchase of different goods or services.

- Thresholds or circumstances that require formal requests for proposal.

- The bidding process requirements, when such process is employed.

- Specific contract review requirements to mitigate the risks of collusion arising from significant involvement of buyers in selecting the vendors.

- Contract documentation requirements specifying the nature and level of documentation required to be maintained for different types of contracts (e.g., contracts requiring non-disclosure agreements, signoff sheets, acknowledgment of compliance with Fannie Mae code of conduct, etc)

- Cost analysis requirements for more significant purchases or acquisitions involving significant judgments (such as buy versus lease decisions)

- Approval procedures for issuing purchase orders on unexecuted contracts.

Robust, current and well documented procurement standards are necessary to ensure that expenditures incurred by the Company for goods and services are subject to adequate review and approval, to enhance the effectiveness of the procurement process, and to reduce the likelihood of fraud or non-compliance with applicable laws and regulations or Fannie Mae standards.

**MANAGEMENT CORRECTIVE ACTIONS**

Ann Stilwell, Director of Procurement, stated that management is in the process of updating both the corporate procurement policy and the detailed CAPS departmental policies and procedures. The revised corporate procurement policy will be issued by June 30, 2005 upon review with the business units and approval. The detailed CAPS policies and procedures, which will incorporate all the components listed above and other elements identified by management, will be completed by September 30, 2005.

**FannieMae**

# Audit Report
## Procurement and Accounting Services Audit
### April 29, 2005

**OBSERVATION**

*2. Controls need to be strengthened to ensure that all vendor contracts, purchase requisitions, and purchase orders are approved based on the guidelines set forth in the approval matrices in effect when the transactions are initiated (AI and MSI).*

There is currently no standard contract and purchase order approval matrix in use at Fannie Mae. In an effort to achieve more flexibility over procurement needs, approval thresholds and matrices have been constantly revised based on changing business conditions. CAPS management provided Audit a total of six (6) matrices that have been used at various times from November 2002 through February 2005. These matrices had requirements that were inconsistent with the approval thresholds contained in the published procurement policy on the Fannie Mae corporate website available to all company staff. These inconsistencies increase the risk of transactions being executed without the required level of approval. Based on audit procedures performed on a sample of thirty (30) transactions, we noted six (6) instances of purchase requisitions and seven (7) instances of purchase orders that were not properly approved in compliance with the applicable business unit contract/PO approval delegation matrix in effect at the time of the transaction.

With respect to contract approval, we noted three (3) instances in which contracts were not properly approved in compliance with CAPS signature authorization requirements: two (2) contracts were signed by the business unit in contradiction with existing policy, and one (1) contract was signed by a Director although the circumstances called for an officer approval.

Inconsistencies in the application of approval requirements increase the likelihood of unauthorized, wasteful, or potentially fraudulent transactions.

**MANAGEMENT CORRECTIVE ACTIONS**

Ann Stilwell, Director of Procurement, stated that CAPS management would implement the following corrective actions:

<u>Purchase order and requisition approval:</u> A short-term solution has been implemented that includes the use of system queries to identify requisitions that do not meet approval requirements. If a requisitions workflow does not meet the approval requirements, the following actions will be initiated based on the status of the requisition: a) if system status is "pending", the needed approvers will be added to the requisition using the Ad Hoc approver feature and their approval will be obtained; b) If system status is already "approved", the needed approvals will be obtained via email or hardcopy signature.

As a longer-term solution, system enhancements are currently under development to add additional layers of control and ensure all purchase requisitions are properly approved based on the requirements of the Approval matrices. These system enhancements will be implemented by June 30, 2005.

<u>Contract approval</u>: CAPS will update the approval procedures and communicate new policy requirements to the business units. Once that communication is made, CAPS will begin tracking compliance and will formally forward repeat violations to Office of Corporate Compliance for action. The updated procedures will also require that any signature delegation be formally documented in the contract files. This will be completed by June 30, 2005.

**FannieMae**

# Audit Report
## Procurement and Accounting Services Audit
## April 29, 2005

**OBSERVATION**

> 3. Controls around the procurement technology systems (ePro and sPro) need to be strengthened to ensure that the descriptions of roles are updated on a timely basis, sensitive files are protected against accidental or intentional editing, and audit logs are properly reviewed to detect any unauthorized changes. (AI)

As part of our audit, we performed an application review of the controls around the ePro and sPro modules in Peoplesoft Financials used to process procurement transactions for goods and services, respectively. Our application review revealed the following weaknesses in the controls around those applications:

- PeopleSoft Financials Security Plan does not provide adequate information about the different roles in use for the ePro and sPro modules. In the absence of that documentation, there are currently no standards to effectively restrict users' access level based on their profile. This elevates the risk of excessive or inappropriate privileges being inadvertently assigned to users.

- The PeopleSoft Financials application programs and the application data files are not adequately secured. We noted two directories that are world-writable, i.e. anyone with access to those directories can overwrite the data files.

- Audit logs for the ePro and sPro modules are not currently subject to periodic reviews. Such review is a key control to ensure adequate reporting of critical data updates and security activities in the system. In the absence of any review, unauthorized changes or activities could occur and not be detected in a timely manner.

The weaknesses noted above in the technology controls around ePro and sPro represent increased risks of unauthorized activities in the procurement process, due to excessive access or lack of monitoring over users' activity.

**MANAGEMENT CORRECTIVE ACTIONS**

Ann Stilwell, Director of procurement, stated that CAPS is in the process of completing the sPro roles update and management expects to complete that process by April 30, 2005. In addition, going forward, the documentation will be completed for any new role updates within one week of the "go live" date.

In addition, CAPS will review the file permissions as part of their review of the ADAMS reports for the first quarter of 2005. Upon completion of this review, any world-writable permissions for the application files will be removed and the Director of Procurement will confirm on a quarterly basis that there are no world-writable files in the ADAMS reports. This review and the related correction are expected to be completed by May 15, 2005.

CAPS management will develop a formal process to: a) identify the specific audit tables that will require periodic review going forward, b) specify the periodicity of those reviews, and c) document the procedure for monitoring the activity of super users. This process will be in place by June 30, 2005.

**MK 287**

FannieMae

# Audit Report
## Procurement and Accounting Services Audit
### April 29, 2005

| | |
|---|---|
| **OBSERVATION** | **4. Controls in the Payroll process need to be strengthened to ensure accurate calculation of employee withholdings and timely preparation and review of payroll-related account reconciliations. In addition, management needs to evaluate any potential exposures that may be associated with delays in obtaining withholding Tax Table updates from Peoplesoft vendor. (A)** |
| | Payroll represents the largest component of Fannie Mae's administrative expenses. As part of our audit, we reviewed the effectiveness of controls around the processing of payroll for Fannie Mae employees and the related expenses booked to the general ledger. Based on our testing procedures, we noted the following exceptions in this payroll process: |
| | • *Delays in completion and review of Reconciliations for payroll-related general ledger accounts-* Based on current policies established by the Payroll department, account reconciliations are required to be completed within thirty (30) days of each month-end. Based on our testing of a sample of two months, we noted that the January 2005 reconciliations for two accounts ( FICA withholding and State Income Tax withholding) had not been completed within that timeframe. One reconciliation (State Income tax W/H PA) did not have the requisite level of review and approval. For February 2005, one account reconciliation (FICA withholding) was not completed as of the date of our audit. |
| | • *Inaccurate employee withholdings-* For the two months tested in our sample, we noted one instance in which duplicate corporate payroll tax withholdings were paid to the Federal government and one instance in duplicate state withholding taxes were paid to a state jurisdiction. |
| | • *Untimely updates of withholding tax tables-* Based on a sample of thirty (30) employees tested in our audit, we noted eight (8) instances in which employee tax withholdings appear to have been made based on outdated tax tables. According to management, Fannie Mae relies on the Peoplesoft vendor for periodic updates to the tax tables as new or revised tables are issued by the various taxing jurisdictions. Delays in such updates may result in incorrect withholdings based on superceded tables. Based on our follow-up inquiries with both the Payroll and Legal departments, it is unclear whether there is any exposure to Fannie Mae regarding potential penalties from the taxing jurisdictions or any liability to remit catch-up payments for under-remittances. |
| | The timely completion, review and approval of general ledger accounts reconciliation, in accordance with established business unit policies, is a key financial reporting control. Failure to comply with the established policies could adversely impact the effectiveness of the company's Sarbanes Oxley controls. |
| **MANAGEMENT CORRECTIVE ACTIONS** | Timothy Hyde, Director of Payroll, stated the following corrective actions that management will undertake to address the issues noted above:

*Delays in completion and review of Reconciliations for payroll-related general ledger accounts-* Management will change the completion date to be sixty (60) days of each month-end to be consistent with the standard corporate policy of completing reconciliations. In addition, the payroll policies and procedures will be updated to require a Director-level review and signoff on a quarterly basis. The policies and procedures manual will be updated by July 31, 2005. |

**MK 288**

**FannieMae**

# Audit Report
## Procurement and Accounting Services Audit
## April 29, 2005

*Inaccurate employee withholdings-* Additional management review requirements will be established around the approval of tax payments. To reduce the risk of duplicating a payment, the new procedure will include the review of both current and previous payments. These new review requirements will be implemented by May 1, 2005.

*Untimely updates of withholding tax tables - Payroll* management does not believe any corrective action is required on their part. Instead, management will continue its current process of installing the PeopleSoft tax updates as soon as possible after receipt.

With respect to the withholding tax tables, Audit believes that management's response does not address the potential exposures to the company that may arise from any liability related to the delays in updating the tax tables. At the minimum, Payroll management should work with Legal to fully evaluate the existence of potential exposures, or lack thereof, and address any potential liability to the company.

The Contracts and Procurement Services business unit manages a significant component of Fannie Mae's acquisition of goods and services from outside vendors and contractors. While this business unit does not have any general ledger recording responsibilities, several of the processes it manages impact the authorization of expenditure transactions, the validity of purchased assets recorded on the books, and the completeness of liabilities to outside vendors accrued by the company. As such, to ensure compliance with Sarbanes-Oxley, management needs to evaluate the business unit processes, determine relevant risks within those processes that may impact financial reporting, and design, implement and document appropriate controls to mitigate those risks. As of the date of our audit, this evaluation has not yet been completed.

Ann Stillwell, Director of Procurement, has stated that CAPS is currently working with the Company's Operations Risk group to completed this evaluation and document the relevant financial reporting controls. Management expects to complete this exercise by June 30, 2005.

**MK 289**

**FannieMae**

# Audit Report
## Procurement and Accounting Services Audit
## April 29, 2005

**PURPOSE AND SCOPE**

The purpose of this audit was to evaluate controls over Fannie Mae's procurement process, accounts payable management, payroll recording and administrative expenses monitoring. These include controls around the selection and approval of vendors, processing of requisitions and purchase orders, management of vendor contracts, receipt of purchased goods and services, review and processing of vendor invoices and related disbursements, accrual and recording of liabilities, management of corporate payroll, and ongoing review and monitoring of corporate administrative expenses.

Our review was conducted in accordance with the Standards for the Professional Practice of Internal Auditing. We evaluated controls in accordance with the criteria for effective internal control as defined by the "Internal Control – Integrated Framework" issued by the Committee of Sponsoring Organizations (COSO) of the Treadway Commission. To accomplish our objectives, we:

- Interviewed key personnel in Contracts and Procurement Services (CAPS), Accounting Services, Payroll, and Administrative Expenses & Budget Management, to gain an overview of business activities, applicable regulatory requirements, systems, and controls.

- Reviewed policies and procedures, and performed walkthroughs of key processes and controls associated with the purchase and subsequent receipt of goods and services, the review and processing of accounts payable and other vendor liabilities, the approval and monitoring of administrative expenses, including the capitalization of certain software-related expenditures, and the processing of employee payroll.

- Performed detailed testing of several samples of transactions to test validity and approval of purchases of goods and services, vendor disbursements for accounts payable, payroll amounts related to employee salaries and expense reports, and accrual of liabilities.

- Peformed analytic reviews, using independent expectations, to test the reasonableness of various categories of administrative expenses recorded by Fannie Mae

- Tested the reconciliation of general ledger accounts associated with accounts payable and payroll for timeliness, propriety, and adequate segregation of duties.

- Reviewed management's self-identification of internal control issues to assess management's awareness of the control environment and the adequacy of corrective actions.

- Reviewed documentation to support the design of ten (10) Financial Reporting Controls (FRCs), tested their operational effectiveness, and performed an assessment of management's monitoring activities to ensure the FRCs are operational on an ongoing basis (R-01a, R-01b, R-02, R-03, R-04, R-05, T-03, T-04, T-05, Q-01)

**MK 290**

**FannieMae**

# Audit Report
## Procurement and Accounting Services Audit
## April 29, 2005

**OTHER DISCUSSION ITEMS**

We noted the following additional items that were communicated to management:

- The Accounts Payable department processed several disbursements to one of the company's vendors without obtaining adequate review and approval of the related invoices by the business unit that incurred the expenditure. While the invoices were found valid, based on our procedures, the Accounts Payable department should follow existing policies that require business unit approval of vendor invoices prior to payment. Given the decentralized nature of the procurement process, careful review and approval of vendor invoices by the business units is important in ensuring the validity and reasonableness of amounts charged to Fannie Mae by outside vendors.

- Fannie Mae does not currently accrue liabilities for capital expenditures. When invoices for such expenditures are received before the month-end but payment is not made until the subsequent period, neither the liability to the vendor nor the related asset received by Fannie Mae is recorded. Management believes that the cost of tracking these items would outweigh any related benefits.

- Fannie Mae does not currently accrue liabilities for unpaid wages due to newly hired employees. Management believes that any resulting liabilities would be immaterial

- Various miscellaneous reconciling differences were noted in the Payroll account reconciliations reviewed by Audit. While these amounts were immaterial, several of them were significantly aged and management should consider writing them off.

- The Receiving function is bypassed when buyers set up purchase orders for a two-way match (purchase order and invoice) vs. a three-way match (purchase order, invoice and receiving report). Two-way matches are occasionally used for operational convenience. To mitigate the additional risk of theft or fraud, management should consider additional approval and oversight requirements to compensate for the loss of control when a two-way match is used.

- The fraud prevention controls submitted by CAPS to the Office of Corporate Compliance (OCC) should be enhanced to document management's monitoring over the actual implementation of the controls and the related evidence that will be maintained to support such implementation. In addition, the documented controls should be expanded to address areas such as special review requirements for non-standard contracts, management and disposition of vendor complaints, justification of business rationale when contracts are awarded to other-than lowest bidders, etc.

MK 291