# Exhibit List

## Kimpson v.
## Federal National Mortgage Assoc.

Exhibit A – Year-end Evaluation of Mr. Kimpson's employment (2002) by Ms. Stillwell and Ms. Cole. Drafted in early 2003.

Exhibit B – Email from Mr. Kimpson to Ms. Lopez and Ms. Stillwell (March 10, 2003)

Exhibit C – Email from Mr. Kimpson to Ms. Lopez and Ms. Stillwell (March 24, 2003)
Re: Fannie Mae's Requisition Process

Exhibit D – Email from Mr. Kimpson to Ms. Lopez, Ms. Stillwell, and Ms. Cahn (July 30, 2003) Re: Inappropriate Expectations

Exhibit E – Letter from Mr. Kimpson to Ms. Cahn (March 11, 2004)
Re: Asking his evaluation he reviewed and corrected

Exhibit F – Additional letter from Mr. Kimpson to Ms. Cahn (May 17, 2004)

Exhibit G – Letter from Mr. Kimpson to Congressman James Clyburn (December 18, 2004)

Exhibit H – Response to Mr. Kimpson's Letter from Congressman James Clyburn
Re: Letter to Mr. Raines, Fannie Mae's Chief Executive Officer, from Congressman James Clyburn (December 20, 2004)

Exhibit I – Message from Mr. Kimpson to Ms. Lopez and Ms. Edler (January 14, 2005)
Re: Cost saving queries

Exhibit J – Email from Mr. Kimpson to Ms. Edler (March 17, 2005)
Re: Questions regarding requisition process

Exhibit K – Written Request by Mr. Kimpson to Ms. Edler for Childbirth Leave beginning August 2005 (March 18, 2005)

Exhibit L - Audit Report ( April 29th 2005)