UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXWELL J. KIMPSON,                    :
                                       :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :    Case No. 1:06-CV-00018(RWR)
                                       :
FANNIE MAE CORPORATION,                :
                                       :
                                       :
        Defendant.                     :

## MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff, Maxwell J. Kimpson, through his attorneys THOMPSON O'DONNELL, LLP, and hereby moves pursuant to Rule 55 of the Federal Rules of Civil Procedure for entry of judgment by default against Defendant Fannie Mae Corporation. As grounds for this motion, Plaintiff respectfully refers the Court to the Memorandum of Points and Authorities and Affidavit filed herewith.

THOMPSON O'DONNELL, LLP

J. Michael Hannon #352526
Sean G. Ryan #495067
THOMPSON O'DONNELL, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275

Attorneys for Plaintiff
Maxwell J. Kimpson

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing **Motion For Default Judgment,** was sent via first class mail this 16th day of February, 2006 to:

Jodie Kelley
Vice President & Deputy General Counsel
FANNIE MAE CORPORATION
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016

                                              _____
                                              J. Michael Hannon