**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| MAXWELL J. KIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-00018 (RWR) |
| | ) | |
| FANNIE MAE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to LCvR 7 and Fed.R.Civ.P. 6(b), Defendant Fannie Mae ("Fannie Mae")

hereby moves for entry of the attached Order extending the time in which Fannie Mae must file

an Answer or otherwise respond to Plaintiff Maxwell J. Kimpson's Complaint until Friday,

March 3, 2006. The grounds in support of this Motion are set forth in the accompanying

Memorandum of Points and Authorities.

Dated: March 1, 2006                                        Respectfully submitted,

By:      /s/   Philip T. Evans
         Philip T. Evans (D.C. Bar No. 441735)
         HOLLAND & KNIGHT LLP
         2099 Pennsylvania Ave., N.W., Suite 100
         Washington, D.C.  20006
         Tel: (202) 955-3000/Fax: (202) 955-5564

         /s/ Madonna A. McGwin
         Madonna A. McGwin (D.C. Bar No. 293795)
         Associate General Counsel
         FANNIE MAE
         3900 Wisconsin Avenue, N.W.
         Washington, D.C. 20016

         *Counsel for Fannie Mae*

2

# 3621884_v1