UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXWELL J. KIMPSON,           )
                              )
    Plaintiff,                )
                              )
v.                            )   Civil Action No. 06-00018 (RWR)
                              )
FANNIE MAE,                   )
                              )
    Defendant.                )

**ORDER GRANTING DEFENDANT'S MOTION FOR
ENLARGEMENT OF TIME TO FILE ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Upon consideration of Defendant's Motion for Enlargement of Time to File Answer or Otherwise Respond to Plaintiff's Complaint ("Motion"), and the opposition thereto, it is this ____ day of March, 2006

**ORDERED** that the Motion is hereby **GRANTED**; and further

**ORDERED** that Defendant shall file and serve an Answer or otherwise respond to Plaintiff's Complaint on or before March 3, 2006

_____
United States District Judge

cc:

Counsel of Record