UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXWELL J. KIMPSON,

    Plaintiff,

v.

FANNIE MAE,

    Defendant.

Civil Action No. 1:06-cv-00018 (RWR)

## FANNIE MAE'S MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING ARBITRATION

Pursuant to LCvR 7, Defendant Fannie Mae ("Fannie Mae") hereby moves for entry of the attached Order Dismissing Plaintiff's Complaint and Compelling Arbitration. In the alternative, Fannie Mae requests that this case be stayed pending arbitration. The grounds in support of this Motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: March 3, 2006

Respectfully submitted,

By:    /s/ Philip T. Evans
Philip T. Evans (D.C. Bar No. 441735)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Tel: (202) 955-3000/Fax: (202) 955-5564

*Counsel for Fannie Mae*

***Of Counsel:***
Madonna A. McGwin
Associate General Counsel
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016-2892

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of March, 2006, he caused a copy of the foregoing Motion to Dismiss and Compel Arbitration or, in the Alternative, to Stay Proceedings Pending Arbitration,, the Memorandum of Points and Authorities in Support, and a Proposed Order to be served by electronic means on:

J. Michael Hannon
Thompson, O'Donnell LLP
1212 New York Avenue, NW
Suite 1000
Washington, D.C. 20005

                                                   /s/ Philip T. Evans
                                                 Philip T. Evans

# 3627499_v1