# Exhibit 2

## FannieMae
### Application for Employment

Fannie Mae is an equal opportunity employer. We assess all applicants for all positions without unlawful consideration of race, religion, age, color, sex, national origin, handicap, veteran status, sexual orientation, or any other basis prohibited by applicable law.

**Instructions:** Please Complete The Entire Application, Sign, And Return It To Human Resources. If Additional Space Is Required Please Use Page 4.

**Name:** Maxwell Joseph Kimpson
**Date:** 6/26/00
**Social Security No.:** 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
**Current Address:** 4243 Cavan Drive, Stone Mountain, GA 30083
**Home Phone:** (404) 508-9127
**Other Phone:** (404) 202-2874

**Position For Which You Are Applying:** Consultant — Contract and Procurement Services
**Date Available For Employment:** 8/28/00

**What Prompted You To Apply At Fannie Mae?**
- ☐ Knowledge of Fannie Mae
- ☐ Employment Agency
- ☐ Newspaper
- ☐ Friend (name)
- ☐ Relative (name)
- ☒ Other: Internship

**Do You Have Any Relatives Employed By Fannie Mae?** ☒ No  ☐ Yes

**Are You 18 Years Of Age or Older?** ☒ Yes  ☐ No

**If No, Can You Obtain A Work Permit?** ☐ Yes  ☐ No

**Have you ever been convicted of a felony?** ☐ Yes  ☒ No

If a conviction has been expunged or the records sealed, answer "no" to this question. If "yes," please explain:

Note: A felony conviction will not automatically disqualify you from consideration for employment.

It is Fannie Mae's Policy To Hire Only U.S. Citizens And Aliens Authorized To Work In The United States. Employment Is Conditional Upon (i) Presentation Of Identification And Authorization To Work Documents And (ii) Certification Of Employment Eligibility As Required By The Immigration And Naturalization Service.

**Are you authorized under the U.S. immigration laws to work in the U.S. indefinitely on a full-time basis?** ☒ Yes  ☐ No

**Have You Ever Worked At Fannie Mae In A Temporary, Term or Regular Position?** ☒ Yes  ☐ No
If Yes, Please Indicate The Dates Of Employment And The Name Of Your Supervisor Or Temporary Agency.

**From:** June 1999  **To:** August 1999
**Name of Supervisor:** Mia Cole / Barbara Lang  **or Name of Agency:** Contract and Procurement Services

**Describe the skills that you have**, e.g., programming, financial modeling, familiarity with specific software, data entry, foreign language fluency, word processing, etc., that are related to the position for which you are applying.

Microsoft Word
Excel
Lotus

**Typing Speed:** ___ wpm
**Shorthand Speed:** ___ wpm

### Education and Training

| | Name and Location of School | Circle No. of Yrs. Completed | Did you Graduate? | Course of Study? | Degree/certificate awarded |
|---|---|---|---|---|---|
| High School | Spring Valley High School, Columbia, SC | 9 10 11 ⑫ | YES | Academic | High School Diploma |
| Colleges | Morehouse College, Atlanta, GA | 1 2 3 ④ | YES | Physics | BS |
| Graduate School | Georgia State University, Atlanta, GA | 1 2 ③ | Graduation 8/20/00 | Real Estate | MBA |
| Technical School | | Length of Course | | | |

**Primary Field of Graduate Study:** Real Estate, Finance

**Relevant Coursework:** RE Project Planning and Development, RE Marketing, Electronic Marketing, Urban RE, Operations Management, Cost/Managerial Acct.

**Please Describe Any Research That You Have Conducted That Is Relevant To The Position For Which You Are Applying:** RE Agent, Project Officer, Fund Manager

**Scholastic Honors, Scholarships, Assistantships:** Real Estate Department Scholarship

Fannie Mae
Form 432   June 98

**Please List Any Papers Or Articles You Have Had Published**

| Title | Subject | Publication | Year |
|---|---|---|---|
| N/A | | | |

**Please List Any Relevant Professional Certificates Or Licenses**

Real Estate License

**Please List Membership in Any Professional, Technical, Business and/or Other Organization Which Is Relevant To The Position For Which You Are Applying. You May, At Your Option, Exclude Any Organization That Would Identify Your Race, Religion, Age, Color, Sex, National Origin, Handicap, Veteran Status, Orientation, Or Any Other Status Protected By Applicable Law**

N/A

**Work Experience** Please List All Work Experience Covering The Past Ten Years Or Your Last 3 Employers, Beginning With Your Present Or Most Recent Experience. As Well, Please Account For All Gaps In Your Employment History. You Must Complete This Section Even If A Resume Is Attached.

Name of Current or most recent Employer: US Environmental Protection Agency   Phone: (404) 562-4300
Address: 61 Forsyth Street SW, Atlanta, GA 30303
Name and Title of Immediate Supervisor: Rosalind Brown   Branch Chief
Starting Date: 5/91
Starting Salary $: 16,000 GS-5
Leaving Date: 5/00
Final Salary $: 66,175 GS-13
Most Recent Position There: Brownfield Fund Manager
Describe Responsibilities/Duties/Accomplishments: I awarded and administered fourteen (14) Revolving Loan Fund Grants ($500,000 each). I coordinated all fund management activities for the Southeast region. I also made recommendations to Senior Management with respect to the acceptance/rejection of proposals.
Reason for Leaving: Career Advancement
May We Contact This Employer at this time?  Yes ☒  No ☐   If no, please explain: _____

*If not contacted at this time, this Employer will be contacted in the event an offer is made and accepted.

Name Under Which Employment May Be Verified, If Different From Present Name: N/A

Name of Previous Employer: Northside Realty    Phone: (404)
Address: 2882-A North Druid Hills Road, Atlanta, GA 30310
Name and Title of Immediate Supervisor: Mary Ann Anziano, Managing Broker
Starting Date: 11/95
Starting Salary $: Commission
Leaving Date: 4/99
Final Salary $: Commission
Most Recent Position There: Real Estate Agent
Describe Responsibilities/Duties/Accomplishments: Real Estate Agent

Reason for Leaving: Time Constraints

2

MAR 01 2006 16:03 FR                              TO 97038428376        P.06/07

Name of Previous Employer __N/A_____ Phone _____

Address _____

Name and Title of Immediate Supervisor _____
Starting Date _____ Leaving Date _____
Starting Salary $ _____ Final Salary $ _____

Most Recent Position There _____

Describe Responsibilities/Duties/Accomplishments _____
_____
_____
_____

Reason for Leaving _____


Name of Previous Employer __N/A_____ Phone _____

Address _____

Name and Title of Immediate Supervisor _____
Starting Date _____ Leaving Date _____
Starting Salary $ _____ Final Salary $ _____

Most Recent Position There _____

Describe Responsibilities/Duties/Accomplishments _____
_____
_____
_____

Reason for Leaving _____


Name of Previous Employer __N/A_____ Phone _____

Address _____

Name and Title of Immediate Supervisor _____
Starting Date _____ Leaving Date _____
Starting Salary $ _____ Final Salary $ _____

Most Recent Position There _____

Describe Responsibilities/Duties/Accomplishments _____
_____
_____
_____

Reason for Leaving _____

I certify that the information contained in this application is true and complete to the best of my knowledge, and I understand that falsification of this information constitutes grounds for refusal to hire me or, if I am hired, for immediate dismissal. I hereby release Fannie Mae, its agents and all persons and entities that provide information to Fannie Mae and/or its agents from any and all liability and claims relating to the information provided or decisions made based on that information.

I acknowledge that, if employed, I will conform to Fannie Mae's policies, rules and procedures then in effect or thereafter established or modified by Fannie Mae. I also acknowledge that Fannie Mae may amend, withdraw, interpret or reinterpret those policies, rules and procedures at any time, at Fannie Mae's sole discretion, without prior consent from or notice to me.

I further acknowledge that, if employed, I will be an employee-at-will, and my employment at Fannie Mae may be terminated at any time, with or without cause and with or without prior notice by Fannie Mae. I further acknowledge that neither this application nor any of the representations made by Fannie Mae herein shall constitute or be construed as an offer of employment.

I acknowledge that, as a condition of employment, all Fannie Mae employees must agree to be bound by Fannie Mae's Dispute Resolution Policy, which requires that certain employment-related claims be submitted to arbitration before a suit can be brought on them in court. A copy of the Dispute Resolution Policy will be provided at such time, if any, that an offer of employment is made; an advance copy may be obtained on request made to Fannie Mae's Staffing Department, (202) 752-7000.

I agree, as part of the application process to take any test that Fannie Mae may direct me to take to determine the presence and/or level of illegal drugs in my body. I acknowledge that if Fannie Mae offers me employment, that offer is contingent upon my passing a test for the presence of illegal drugs.

If hired, as a condition of my employment, I further agree to take any such test that Fannie Mae may direct me to take to determine the presence and/or level of illegal drugs in my body. I agree to abide by Fannie Mae's Substance Abuse Policy, which I acknowledge to have reviewed prior to signing below. I understand that if I refuse to submit to any requested drug test, or if I test positive for presence of illegal drugs, any offer of employment made to me may be rescinded, without liability to Fannie Mae.

I understand that my completed application will be considered active for up to six months.

_____          6/26/00_____
Signature of Applicant                   Date

**FOR OFFICE USE ONLY: PLEASE DO NOT WRITE BELOW THIS LINE**

Fannie Mae
Form 432    June 98

** TOTAL PAGE.07 **