# Exhibit 3



3900 Wisconsin Avenue, NW
Washington, DC 20016-2892
phone 202 752 7000

June 28, 2000

Mr. Maxwell Kimpson
4245 Cavan Drive
Stone Mountain, Georgia 30083

Dear Mr. Kimpson:

We are pleased to offer you the position of **Contrct/Procuremnts Specialist** reporting to Kathy Gwynn in the Contracts and Procurement Svcs Department. As an employee of Fannie Mae, you will play an integral part in fulfilling our mission to help millions of Americans realize their dream of homeownership. We look forward to your arrival.

You will receive a biweekly salary of approximately **$2,769.23**, which is equal to approximately **$72,000.00** when calculated on an annual basis. In addition, Fannie Mae offers a wealth of benefits to help you meet your needs at every stage of your career and life. We have enclosed material highlighting some of these benefits. We will be reviewing our benefits, programs and services in more detail at New Employee Orientation. This offer does not constitute an employment contract and either you or the Company may terminate your employment at any time. The offer is contingent upon the results of your background check and drug screen.

You are scheduled to attend **New Employee Orientation beginning at 8:30 a.m. on 8/28/00**. Please report to the corporate receptionist in the main lobby of 4000 Wisconsin Avenue, West Bldg., who will direct you to the proper location. During New Employee Orientation, you will be asked to provide documents that will establish your identity and eligibility to work in the United States, as required by the U.S. Immigration and Naturalization Service. This offer of employment is contingent upon your presentation of those documents (see the enclosed "List of Acceptable Documents").

Fannie Mae strives to be an employer of choice. One of the ways we do this is by setting standards for and monitoring our business conduct and work environment. Acceptance of these standards is a condition of employment. In order to accept this offer of employment, you must sign and return one copy of this letter and certain other items specified in the enclosed Employment Offer/Acceptance Checklist prior to starting work. A prepaid, self-addressed envelope is enclosed for your convenience. Please review the materials listed in the Checklist carefully.

MAR 01 2006 16:02 FR                              TO 97038428376      P.03/07

Mr. Kimpson
Page Two


Maxwell, we are pleased that you have chosen Fannie Mae and want to assist you in building a successful career with us. Please contact me at 202-752-6767 if there is anything further that I can do to assist you.

Sincerely,

*[signature]*

Lori Kluber
Recruiter

Enclosures

Acceptance: _[signature]_____    Date: 7/5/00

Start Date: 8/28/00