## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAXWELL J. KIMPSON,                          :

        Plaintiff,                           :

        v.                                   :        Civil Action No. 1:06-cv-00018 (RWR)

FANNIE MAE,                                  :

        Defendant.                           :

                        :

## ORDER GRANTING FANNIE MAE'S MOTION TO
## DISMISS COMPLAINT AND COMPEL ARBITRATION

Upon consideration of Defendant Fannie Mae's Motion to Compel Arbitration and to

Dismiss Complaint or, in the Alternative, to Stay Proceedings Pending Arbitration ("Motion to

Compel"), and the opposition thereto, it is this ____ day of March, 2006

      **ORDERED** that the Motion to Compel is hereby **GRANTED**; and further

      **ORDERED** that Plaintiff's Complaint is Dismissed pursuant to Fed.R.Civ.P. 12(b)(1),

and Plaintiff is hereby directed to submit his Complaint as a Demand for Arbitration in

accordance with the terms of his agreement with Fannie Mae.

 

                                   _____

                                   United States District Judge

cc:

Counsel of Record

# 3627517_v1