UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXWELL J. KIMPSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:06-CV-00018(RWR) |
| | : |
| FANNIE MAE CORPORATION, | : |
| | : |
| Defendant. | : |

**RENEWED MOTION FOR DEFAULT JUDGMENT**

Comes now Plaintiff, Maxwell J. Kimpson, through his attorneys THOMPSON O'DONNELL, LLP, and hereby moves pursuant to Rule 55 of the Federal Rules of Civil Procedure for entry of judgment by default against Defendant Fannie Mae Corporation. As grounds for this motion, Plaintiff respectfully refers the Court to the Memorandum of Points and Authorities and Affidavit filed herewith.

THOMPSON O'DONNELL, LLP

_____
J. Michael Hannon #352526
Sean G. Ryan #495067
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275

Attorneys for Plaintiff
Maxwell J. Kimpson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **RENEWED MOTION FOR DEFAULT JUDGMENT,** was sent via first class mail this 6th day of March, 2006 to:

Madonna A. McGwin
FANNIE MAE CORPORATION
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016

Phillip T. Evans
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington D.C. 20006

_____
J. Michael Hannon