# EXHIBIT A

| | |
|---|---|
| From: | "McGwin, Madonna A" <madonna_a_mcgwin@fanniemae.com> |
| To: | <sgr@tomnh.com> |
| Date: | 1/12/06 12:53PM |
| Subject: | service of process |

Hi Sean - sorry not to have called yesterday.

For purposes of serving process of a complaint on Fannie Mae, please direct it to:

Jodie Kelley, Esq.
Vice President and Deputy General Counsel
Fannie Mae
(same address as below)


FYI, I have also attached another copy of my correspondence from December 23, 2005, notifying you of Mr. Kimpson's obligations under the Dispute Resolution Policy to proceed with arbitration as a condition precedent to filing a lawsuit.

Please let me know if you have any other questions.

Regards,


Madonna A. McGwin

Associate General Counsel

Legal Department/Employment Practice Group

Fannie Mae

3900 Wisconsin Avenue, N.W.

Washington, D.C.   20016-2892

Tel:  202-752-8485

Confidential eFax: (703) 842-8376

madonna_a_mcgwin@fanniemae.com
<blocked::blocked::mailto:madonna_a_mcgwin@fanniemae.com>


CC:            <jmh@tomnh.com>