# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery 1-20-06 |
| 1. Article Addressed to:<br><br>JODIE KELLEY, ESQ.<br>VICE PRESIDENT AND DEPUTY<br>GENERAL COUNSEL<br>FANNIE MAE<br>3900 WISCONSIN AVE, NW<br>WASHINGTON, DC 20016-2892 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*)  7001 2510 0008 2188 9659 | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-0381