UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXWELL J. KIMPSON, :
:
:
Plaintiff, :
:
v. : Case No. 1:06-CV-00018(RWR)
:
FANNIE MAE CORPORATION, :
:
:
Defendant. :

### ORDER

Upon consideration of the Plaintiff's Renewed Motion for Default Judgment and for the reasons stated in Plaintiff's memoranda and affidavit in support of its motion, Plaintiff is entitled to judgment by default, it is by the Court this _____ day of _____, 2006,

ORDERED that Plaintiff's motion be granted; and that judgment be and it hereby is entered in favor of Plaintiff; and it is

FURTHER ORDERED that Defendant pay Plaintiff $3,000,000.00 in special damages as alleged in the Complaint; and it is

FURTHER ORDERED that Defendant pay Plaintiff's attorney fees and litigation costs related to this matter in the amount of $49,767.50; and it is

FURTHER ORDERED that Defendant pay Plaintiff back pay and interest from the date of termination in the amount of $78,677.16; and it is

FURTHER ORDERED that a hearing be held to determine the amount of punitive and compensatory damages to be awarded to Plaintiff at a date determined by this Court; and it is

FURTHER ORDERED that this judgment shall bear interest at the legal rate until paid.

SO ORDERED

_____
JUDGE RICHARD W. ROBERTS

Copies to:

J. Michael Hannon
THOMPSON O'DONNELL, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133

Madonna A. McGwin
FANNIE MAE CORPORATION
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016

Phillip T. Evans
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington D.C. 20006