UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAXWELL J. KIMPSON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FANNIE MAE, : <br> : <br> Defendant. : <br> : | Civil Action No. 1:06-cv-00018 (RWR) |

**FANNIE MAE'S CONSOLIDATED MOTION TO VACATE DEFAULT AND
OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT**

Pursuant to LCvR 7 and Fed.R.Civ.P. 55(c), Defendant Fannie Mae ("Fannie Mae"), moves for entry of the attached granting this Consolidated Motion, vacating the Default entered by the Clerk on March 3, 2006, and denying Plaintiff's Renewed Motion for Default Judgment. The grounds in support of this Consolidated Motion are set forth in the accompanying Memorandum of Points and Authorities.

Dated: March 10, 2006

Respectfully submitted,

By: _____/s/ Philip T. Evans_____
Philip T. Evans (D.C. Bar No. 441735)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20006
Tel: (202) 955-3000/Fax: (202) 955-5564

*Counsel for Fannie Mae*

*Of Counsel:*
Madonna A. McGwin
Associate General Counsel
Fannie Mae
3900 Wisconsin Avenue, N.W.
Washington, D.C.   20016-2892

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of March, 2006, he caused a copy of the foregoing Consolidated Motion to Vacate Default and Opposition to Plaintiff's Renewed Motion for Default Judgment, the Memorandum of Points and Authorities in Support, a Verified Answer, and a Proposed Order to be served by electronic means on:

J. Michael Hannon
Thompson, O'Donnell LLP
1212 New York Avenue, NW
Suite 1000
Washington, D.C. 20005

                /s/ Philip T. Evans
                Philip T. Evans

# 3642972_v1