# EXHIBIT 2

## Evans, Pete (WAS - X77043)

**From:** McGwin, Madonna A [madonna_a_mcgwin@fanniemae.com]
**Sent:** Thursday, January 12, 2006 12:46 PM
**To:** sgr@tomnh.com
**Cc:** jmh@tomnh.com
**Subject:** service of process

**Importance:** High
**Sensitivity:** Confidential

**Attachments:** Arbitration Package



Arbitration Package

      Hi Sean - sorry not to have called yesterday.

For purposes of serving process of a complaint on Fannie Mae, please direct it to:

Jodie Kelley, Esq.
Vice President and Deputy General Counsel
Fannie Mae
(same address as below)


FYI, I have also attached another copy of my correspondence from December 23, 2005, notifying you of Mr. Kimpson's obligations under the Dispute Resolution Policy to proceed with arbitration as a condition precedent to filing a lawsuit.

Please let me know if you have any other questions.

Regards,


Madonna A. McGwin

Associate General Counsel

Legal Department/Employment Practice Group

Fannie Mae

3900 Wisconsin Avenue, N.W.

Washington, D.C.   20016-2892

Tel:  202-752-8485

Confidential eFax: (703) 842-8376

 &lt;blocked::blocked::mailto:madonna_a_mcgwin@fanniemae.com&gt;
madonna_a_mcgwin@fanniemae.com

1