## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAXWELL J. KIMPSON, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 1:06-cv-00018 (RWR) |
| FANNIE MAE, : | |
| Defendant. : | |

### ORDER GRANTING FANNIE MAE'S MOTION TO VACATE DEFAULT

Upon consideration of Defendant Fannie Mae's Consolidated Motion to Vacate Default and Opposition to Plaintiff's Renewed Motion for Default Judgment, and the opposition thereto, it is this ____ day of March, 2006

**ORDERED** that the Consolidated Motion is hereby **GRANTED**; and further

**ORDERED** that Default entered by the Clerk on March 3, 2006, is hereby **VACATED;** and it is further

**ORDERED** that Plaintiff's Renewed Motion for Default Judgment is **DISMISSED AS MOOT**; and it is further

**ORDERED** that Plaintiff shall file its Opposition, if any, to Fannie Mae's Motion to Dismiss and to Compel Arbitration on or before March ___, 2006.

_____
United States District Judge

cc:
Counsel of Record

# 3642990_v1