**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MAXWELL J. KIMPSON, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06-CV-00018 (RWR) |
| | : | |
| FANNIE MAE CORPORATION, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of Defendant's "Consolidated Motion to Vacate Default and

Opposition to Plaintiff's Renewed Motion for Default Judgment", and Plaintiff's

Memorandum of Points and Authorities in Opposition to the Motion, and the Court being

duly advised in the premises, it is, by the Court, this _____ day of _____, 2006:

    **ORDERED**:

    That said Motion be, and the same hereby is, **DENIED**.


                                                    _____

                                                    **HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**

Copies to:

J. Michael Hannon, Esq.
Sean G. Ryan, Esq.
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005

Philip T. Evans, Esq.
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006