UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAXWELL J. KIMPSON, :
:
:
Plaintiff, :
:
v. : Case No. 1:06-CV-00018 (RWR)
:
FANNIE MAE CORPORATION, :
:
:
Defendant. :

### PRAECIPE

The Clerk of the Court shall please withdraw the appearance of Sean G. Ryan as counsel for Plaintiff and note the change of address and firm name for J. Michael Hannon, who shall continue as counsel for Plaintiff.

_____
Maxwell J. Kimpson

Respectfully submitted,

THOMPSON O'DONNELL, LLP

_____
Sean G. Ryan #495067
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 (facsimile)

HANNON LAW GROUP, LLP

_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe was sent via electronic transmission this 28th day of April, 2006, 2006 to:

Phillip T. Evans
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

Madonna A. McGwin
Associate General Counsel
FANNIE MAE CORPORATION
3900 Wisconsin Avenue, N.W.
Washington, D.C. 20016

_____
J. Michael Hannon