# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAXWELL J. KIMPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06-CV-00018 (RWR) |
| | : | |
| FANNIE MAE CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court shall please enter the appearance of Charles I. Cate of HANNON LAW GROUP, LLP, as co-counsel for Plaintiff Maxwell J. Kimpson.

HANNON LAW GROUP, LLP

*//s// Charles I. Cate*
Charles I. Cate, #969360
1901 18th Street, NW
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 (facsimile)
chascate@hannonlawgroup.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing **NOTICE OF ATTORNEY APPEARANCE** was sent via electronic filing this 23rd day of August, 2006, to:

Phillip T. Evans  
HOLLAND & KNIGHT, LLP  
2099 Pennsylvania Avenue, N.W.  
Suite 100  
Washington, D.C. 20006

                                            *//s// Charles I. Cate*  
                                            Charles I. Cate